# EXHIBIT B

Case 2:11-cv-01340-TSZ   Document 17-2   Filed 10/11/11   Page 1 of 3

**Losses of the Motricity Securities Investors Group in Securities of Motricity, Inc.**

FADI AKKARI:

| Purchase Date | Purchase Price | Number of Shares | Cost | Sale Date | Sale Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 2/7/2011 | $21.16 | 600 | $12,696.00 | held | $2.09 | $1,255.53 | ($11,440.47) |
| 2/7/2011 | $21.60 | 900 | $19,440.00 | held | $2.09 | $1,883.30 | ($17,556.70) |
| 2/7/2011 | $21.69 | 1000 | $21,690.00 | held | $2.09 | $2,092.56 | ($19,597.44) |
| 2/8/2011 | $22.25 | 500 | $11,125.00 | held | $2.09 | $1,046.28 | ($10,078.72) |
| 2/8/2011 | $18.24 | 600 | $10,944.00 | held | $2.09 | $1,255.53 | ($9,688.47) |
| 2/8/2011 | $18.25 | 400 | $7,300.00 | held | $2.09 | $837.02 | ($6,462.98) |
| 2/9/2011 | $17.06 | 500 | $8,530.00 | held | $2.09 | $1,046.28 | ($7,483.72) |
| 2/9/2011 | $16.52 | 500 | $8,260.00 | held | $2.09 | $1,046.28 | ($7,213.72) |
| 2/10/2011 | $15.86 | 500 | $7,930.00 | held | $2.09 | $1,046.28 | ($6,883.72) |
| 2/10/2011 | $16.27 | 500 | $8,135.00 | held | $2.09 | $1,046.28 | ($7,088.72) |
| 2/23/2011 | $16.05 | 1000 | $16,050.00 | held | $2.09 | $2,092.56 | ($13,957.44) |
| 3/4/2011 | $14.07 | 200 | $2,814.00 | held | $2.09 | $418.51 | ($2,395.49) |
| 3/4/2011 | $14.07 | 800 | $11,256.00 | held | $2.09 | $1,674.05 | ($9,581.95) |
| 3/10/2011 | $12.87 | 1000 | $12,870.00 | held | $2.09 | $2,092.56 | ($10,777.44) |
| 3/10/2011 | $12.49 | 1000 | $12,490.00 | held | $2.09 | $2,092.56 | ($10,397.44) |
| 4/18/2011 | $12.64 | 800 | $10,112.00 | held | $2.09 | $1,674.05 | ($8,437.95) |
| 4/18/2011 | $12.64 | 200 | $2,528.00 | held | $2.09 | $418.51 | ($2,109.49) |
| 4/26/2011 | $13.67 | 1000 | $13,670.00 | held | $2.09 | $2,092.56 | ($11,577.44) |
| 4/26/2011 | $13.38 | 1000 | $13,380.00 | held | $2.09 | $2,092.56 | ($11,287.44) |
| 4/27/2011 | $13.09 | 600 | $7,854.00 | held | $2.09 | $1,255.53 | ($6,598.47) |
| 4/27/2011 | $13.09 | 100 | $1,309.00 | held | $2.09 | $209.26 | ($1,099.74) |
| 4/29/2011 | $13.32 | 1000 | $13,320.00 | held | $2.09 | $2,092.56 | ($11,227.44) |
| 4/29/2011 | $13.31 | 300 | $3,993.00 | held | $2.09 | $627.77 | ($3,365.23) |
| 5/9/2011 | $9.95 | 2000 | $19,900.00 | held | $2.09 | $4,185.12 | ($15,714.88) |
| 5/10/2011 | $9.87 | 1400 | $13,818.00 | held | $2.09 | $2,929.58 | ($10,888.42) |
| 5/10/2011 | $9.87 | 100 | $987.00 | held | $2.09 | $209.26 | ($777.74) |
| 5/19/2011 | $8.86 | 500 | $4,430.00 | held | $2.09 | $1,046.28 | ($3,383.72) |
| | | | | | | **Total Losses** | **($237,072.40)** |
| | | | | | | **Dura Losses** | **($237,072.40)** |

DANIEL VELEZ:

| Purchase Date | Purchase Price | Number of Shares | Cost | Sale Date | Sale Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 10/26/2010 | $21.35 | 750 | $16,012.50 | 10/28/2010 | $22.00 | $16,499.72 | $487.22 |
| 11/1/2010 | $21.85 | 750 | $16,387.50 | 11/3/2010 | $21.94 | $16,454.72 | $67.22 |
| 11/17/2010 | $27.45 | 350 | $9,607.50 | held | $2.09 | $732.40 | ($8,875.10) |
| 11/23/2010 | $27.10 | 81 | $2,195.10 | held | $2.09 | $169.50 | ($2,025.60) |
| 11/23/2010 | $27.10 | 35 | $948.50 | held | $2.09 | $73.24 | ($875.26) |
| 11/23/2010 | $27.10 | 84 | $2,276.40 | 11/30/2010 | $30.65 | $2,574.55 | $298.15 |
| 12/1/2010 | $27.74 | 325 | $9,016.75 | held | $2.09 | $680.08 | ($8,336.67) |
| 12/1/2010 | $26.75 | 250 | $6,687.50 | held | $2.09 | $523.14 | ($6,164.36) |
| 12/14/2010 | $21.60 | 2000 | $43,200.00 | held | $2.09 | $4,185.12 | ($39,014.88) |
| 12/20/2010 | $21.35 | 50 | $1,067.50 | held | $2.09 | $104.63 | ($962.87) |
| 12/20/2010 | $21.35 | 450 | $9,607.50 | 2/1/2011 | $19.85 | $8,932.10 | ($675.40) |
| 12/22/2010 | $20.25 | 50 | $1,012.50 | 2/1/2011 | $19.85 | $992.46 | ($20.04) |
| 1/20/2011 | $18.00 | 2000 | $36,000.00 | 2/1/2011 | $19.85 | $39,698.22 | $3,698.22 |
| 1/24/2011 | $16.68 | 1000 | $16,679.00 | 2/1/2011 | $19.85 | $19,849.11 | $3,170.11 |
| 1/24/2011 | $16.60 | 1000 | $16,600.00 | 2/1/2011 | $19.85 | $19,849.11 | $3,249.11 |
| 2/9/2011 | $16.98 | 200 | $3,396.00 | held | $2.09 | $418.51 | ($2,977.49) |
| 2/9/2011 | $17.00 | 1800 | $30,600.00 | held | $2.09 | $3,766.60 | ($26,833.40) |
| 2/22/2011 | $16.61 | 100 | $1,661.00 | held | $2.09 | $209.26 | ($1,451.74) |
| 2/22/2011 | $16.64 | 400 | $6,656.00 | held | $2.09 | $837.02 | ($5,818.98) |
| 2/22/2011 | $16.57 | 300 | $4,970.97 | held | $2.09 | $627.77 | ($4,343.20) |
| 2/23/2011 | $15.83 | 250 | $3,957.48 | held | $2.09 | $523.14 | ($3,434.34) |
| 8/4/2011 | $4.77 | 140 | $667.80 | held | $2.09 | $292.96 | ($374.84) |
| 8/4/2011 | $4.77 | 160 | $763.20 | 8/10/2011 | $1.87 | $299.20 | ($464.00) |
| 8/4/2011 | $4.77 | 6860 | $32,722.20 | 8/10/2011 | $1.87 | $12,828.20 | ($19,894.00) |
| 8/4/2011 | $4.77 | 1440 | $6,868.80 | 8/10/2011 | $1.88 | $2,702.16 | ($4,166.64) |
| 8/5/2011 | $4.77 | 8900 | $42,453.00 | 8/10/2011 | $1.88 | $16,700.85 | ($25,752.15) |
| 8/5/2011 | $4.77 | 2500 | $11,925.00 | 8/10/2011 | $2.01 | $5,025.00 | ($6,900.00) |
| 8/5/2011 | $4.77 | 10000 | $47,700.00 | 8/10/2011 | $2.15 | $21,500.00 | ($26,200.00) |
| | | | | | | **Total Losses** | **($184,590.94)** |
| | | | | | | **Dura Losses** | **($194,865.53)** |

**JAMES COLEMAN CHAMBLIN:**

| Purchase Date | Purchase Price | Number of Shares | Cost | Sale Date | Sale Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 11/11/2010 | $28.00 | 400 | $11,200.00 | 10/4/2011 | $1.35 | $540.00 | ($10,660.00) |
| 12/1/2010 | $28.00 | 400 | $11,200.00 | 12/15/2010 | $19.19 | $7,676.32 | ($3,523.68) |
| 12/1/2010 | $26.60 | 200 | $5,320.00 | 12/15/2010 | $19.19 | $3,838.16 | ($1,481.84) |
| 12/3/2010 | $23.65 | 400 | $9,460.00 | 12/15/2010 | $19.19 | $7,676.32 | ($1,783.68) |
| 12/10/2010 | $23.51 | 200 | $4,702.00 | 12/15/2010 | $19.19 | $3,838.16 | ($863.84) |
| 12/15/2010 | $18.10 | 600 | $10,860.00 | 10/4/2011 | $1.35 | $810.00 | ($10,050.00) |
| 12/22/2010 | $20.67 | 200 | $4,133.98 | 10/4/2011 | $1.35 | $270.00 | ($3,863.98) |
| 12/29/2010 | $18.50 | 300 | $5,550.00 | 10/4/2011 | $1.35 | $405.00 | ($5,145.00) |
| 1/19/2011 | $19.10 | 300 | $5,730.00 | 10/4/2011 | $1.35 | $405.00 | ($5,325.00) |
| 1/20/2011 | $18.00 | 300 | $5,400.00 | 10/4/2011 | $1.35 | $405.00 | ($4,995.00) |
| 1/21/2011 | $17.45 | 400 | $6,979.00 | 10/4/2011 | $1.35 | $540.00 | ($6,439.00) |
| 1/21/2011 | $17.49 | 100 | $1,748.99 | 10/4/2011 | $1.35 | $135.00 | ($1,613.99) |
| 1/28/2011 | $19.15 | 100 | $1,915.00 | 10/4/2011 | $1.35 | $135.00 | ($1,780.00) |
| 2/9/2011 | $17.50 | 1300 | $22,750.00 | 10/4/2011 | $1.35 | $1,755.00 | ($20,995.00) |
| 2/10/2011 | $12.50 | 500 | $6,250.00 | 10/4/2011 | $1.35 | $675.00 | ($5,575.00) |
| 3/23/2011 | $15.39 | 500 | $7,694.50 | 10/4/2011 | $1.35 | $675.00 | ($7,019.50) |
| 4/15/2011 | $13.00 | 500 | $6,500.00 | 10/4/2011 | $1.35 | $675.00 | ($5,825.00) |
| 4/18/2011 | $12.50 | 500 | $6,250.00 | 10/4/2011 | $1.35 | $675.00 | ($5,575.00) |
| 5/3/2011 | $13.09 | 1000 | $13,090.00 | 10/4/2011 | $1.35 | $1,350.00 | ($11,740.00) |
| 5/4/2011 | $11.59 | 331 | $3,836.29 | 10/4/2011 | $1.35 | $446.85 | ($3,389.44) |
| 5/4/2011 | $11.59 | 169 | $1,958.71 | 10/3/2011 | $1.62 | $273.78 | ($1,684.93) |
| 5/4/2011 | $11.50 | 1000 | $11,500.00 | 10/3/2011 | $1.62 | $1,620.00 | ($9,880.00) |
| 5/5/2011 | $10.63 | 500 | $5,314.95 | 6/23/2011 | $8.75 | $4,375.00 | ($939.95) |
| 6/30/2011 | $7.75 | 500 | $3,875.00 | 7/7/2011 | $8.45 | $4,225.00 | $350.00 |
| 7/8/2011 | $8.00 | 500 | $4,000.00 | 10/3/2011 | $1.62 | $810.00 | ($3,190.00) |
| 7/12/2011 | $7.60 | 1000 | $7,600.00 | 10/3/2011 | $1.62 | $1,620.00 | ($5,980.00) |
| 7/18/2011 | $6.90 | 1000 | $6,900.00 | 9/23/2011 | $2.00 | $2,000.00 | ($4,900.00) |
| 7/27/2011 | $6.51 | 1000 | $6,510.00 | 9/23/2011 | $2.00 | $2,000.00 | ($4,510.00) |
| 8/3/2011 | $5.65 | 1000 | $5,650.00 | 9/23/2011 | $2.00 | $2,000.00 | ($3,650.00) |
| | | | | | | **Total Losses** | **($152,028.83)** |
| | | | | | | **Dura Losses** | **($143,785.84)** |

**RICHARD GOLDWATER:**

| Purchase Date | Purchase Price | Number of Shares | Cost | Sale Date | Sale Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 6/17/2010 | $10.00 | 16463 | $164,630.00 | held | $2.31 | $38,029.53 | ($126,600.47) |
| | | | | | | **Total Losses** | **($126,600.47)** |
| | | | | | | **Dura Losses** | **($126,600.47)** |

| | |
|---|---|
| **Total Losses of Motricity Securities Investors Group** | **($700,292.64)** |
| **Dura Losses of Motricity Securities Investors Group** | **($702,324.23)** |

Holding value on IPO purchases of $2.31 per share equals the closing price on 8/12/11, when the first complaint in this case was filed. For purchases after the IPO, an average of closing prices between 8/10/11 and 10/7/11 results in a lower holding value of $2.092558.