1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                      WESTERN DISTRICT OF WASHINGTON

9                                 AT SEATTLE

| | |
|---|---|
| JOE CALLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>   v.<br><br>MOTRICITY, INC., RYAN K. WUERCH, JAMES R. SMITH, JR., ALLYN P. HEBNER, JAMES N. RYAN, JEFFREY A. BOWDEN, HUNTER C. GARY, BRETT ICAHN, LADY BARBARA JUDGE, SUZANNE H. KING, BRIAN V. TURNER, J.P. MORGAN SECURITIES INC., GOLDMAN, SACHS & CO., DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS CORPORATION, ROBERT W. BAIRD & CO. INCORPORATED, NEEDHAM & COMPANY, LLC and PACIFIC CREST SECURITIES LLC<br><br>               Defendants. | No. C11-1340-TSZ<br><br>CLASS ACTION<br><br>LEAD PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS<br><br>DEMAND FOR JURY TRIAL |

HAGENS BERMAN

1918 Eighth Avenue, Suite 3300 • Seattle, WA  98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

Lead Plaintiffs Cliff Mosco ("Mosco") and Rich Hardy ("Hardy") and Plaintiff Evan S. Lobel ("Lobel") allege the following based upon the investigation of plaintiffs' counsel, which included a review of United States Securities and Exchange Commission ("SEC") filings by Motricity, Inc. ("Motricity" or the "Company"), as well as regulatory filings and reports, securities analysts' reports and advisories about the Company, press releases and other public statements issued by the Company, media reports about the Company, and additional investigation and plaintiffs believe that substantial additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## I.      NATURE OF THE ACTION

1.      This is a securities class action on behalf of all persons who purchased or otherwise acquired the common stock of Motricity between June 18, 2010 and November 14, 2011, inclusive (the "Class Period"), and/or who acquired shares of Motricity common stock pursuant or traceable to the Company's false and misleading Form S-1 Registration Statement and Amendments thereto and Prospectus (collectively the "Registration Statement") issued in connection with its June 17, 2010 initial public offering ("IPO"), seeking to pursue remedies under the Securities Act of 1933 ("1933 Act") and the Securities Exchange Act of 1934 ("1934 Act").

2.      Motricity provides mobile data solutions that enable wireless carriers to deliver mobile data services to their subscribers in the United States and elsewhere.

3.      During the Class Period, defendants issued materially false and misleading statements regarding the Company's business practices and financial results.  Defendants failed to disclose negative trends impacting Motricity's business, including with Motricity's most important customers, failed to disclose the existence of unprofitable contracts and misrepresented Motricity's revenues.  As a result of defendants' false statements, Motricity stock traded at artificially inflated prices during the Class Period, reaching a high of $30.74 per share on November 9, 2010.

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 2

Case No. C11-1340-TSZ

HB  HAGENS BERMAN

1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

4.      On June 18, 2010, Motricity announced the pricing of its IPO of 5 million shares of common stock at $10 per share (with 1 million additional shares to be purchased by one or more entities affiliated with Carl C. Icahn).

5.      During the Class Period, defendants represented that the Company would continue to prosper despite the increasing popularity of smartphones, which provide Internet access without Motricity's services.  Defendants also represented that Motricity had and would continue to be successful expanding its customer base internationally to Asia.  In April 2011, the Company acquired Adenyo, a mobile marketing, advertising and analytics solutions provider with operations in the United States, Canada and France.

6.      On May 3, 2011, Motricity issued a press release announcing its first quarter 2011 financial results.  The Company reported a net loss of ($6.1) million, or ($0.15) diluted earnings per share ("EPS"), which included the Adenyo acquisition, and revenue of $32.2 million.

7.      On this news, Motricity's stock dropped $1.82 per share to close at $10.99 per share on May 4, 2011, a one-day decline of 14% on volume of over 4 million shares.

8.      Then, on August 9, 2011, Motricity issued its second quarter 2011 financial results, reporting a net loss of ($4.3) million, or ($0.09) diluted EPS, including the expenses of the Adenyo acquisition, and revenue of $34.6 million.  This result fell well short of Wall Street's forecast.  Noting that Motricity was in "an important transition," the release stated in part:

> "Our financial results are below our expectations, due to headwinds in our North America carrier business, increased competition in the international market which impacted our ability to close new deals, and a later than expected closing of the Adenyo transaction.  We are providing a greater level of revenue detail in this press release on the primary areas of our business – North American Carrier, International Carrier and Mobile Marketing and Advertising – so that investors can better understand our company," said Ryan Wuerch, chief executive officer of Motricity.

> *       *       *

> "At the senior level of management, we are initiating a transition in the CFO position to replace Allyn Hebner, who will assist with the transition.  We also made the decision to make another transition in our senior team with Jim Ryan, who has previously served as our Chief Strategy and Marketing and Development Officer and whose



1    responsibilities are now being handled by others," added Wuerch.

2    9.    As a result of this news, Motricity's stock price plummeted, opening at $2.30 per

3    share on August 10, 2011, a decline of 50% on over 14 million shares.

4    10.    In August 2011, Motricity subsequently terminated the employment of defendant

5    Ryan K. Wuerch ("Wuerch") (Chief Executive Officer ("CEO") and director) and Richard E.

6    Leigh, Jr. (Senior Vice President and General Counsel).

7    11.    On Nov. 14, 2011, Motricity issued a late press release announcing its financial

8    results for the third quarter ending September 30, 2011.  Little more than a year after going

9    public, the company effectively admitted that it was revising its entire business strategy, and that

10    Motricity was undergoing "a necessary period of transformation" involving the "tremendous

11    changes we are undertaking."  Motricity was making efforts "to identify a strategy," had taken

12    restructuring charges and had recently undergone leadership changes.

13    12.    Revenue for the 2011 third quarter had declined to $30.4 million from $37.9 in

14    the prior year third quarter, and missed recent management guidance.  Motricity announced that

15    it would take a $162.3 million write-down, including a $123.5 million reduction to goodwill, a

16    $38.8 million charge for fixed and intangible assets and a $4.6 million restructuring charge.

17    Motricity also admitted that it needed to reclassify $7.25 million of professional services revenue

18    as managed services revenue from the third quarter of 2010 to the second quarter of 2011.

19    13.    During a conference call on the same day, Motricity conceded that it was

20    necessary to "rebuild the Company," and that a sale of Motricity was under consideration.

21    Elaborating on the company's financial results, Motricity also revealed that product development

22    and sustainment expenses had increased from $5.8 million in the prior third quarter to $17

23    million in the third quarter of 2011, due in part to $5.5 million of expenses resulting from

24    contracts assumed to be completed at a loss.  In response to questions about its customer XL-

25    Axiata, Motricity admitted that it had recently discovered that a number of contracts would be

26    unprofitable due to the obligations imposed on Motricity.  Motricity had looked at a number of



its contracts "and realized that we had made commitments for a lot more spending, than we saw as committed revenues coming into the future" and had been forced to recognize the cost in excess of minimum revenues totaling some $4 million. In response to this adverse information, released late on November 14, Motricity's stock price dropped $0.39, from $1.61 on November 14, to close at $1.45 on November 15, and continuing to drift down to $1.22 on November 21, 2011, as the market absorbed the news. Motricity subsequently revealed, in its Form 10-Q for the third quarter of 2011, filed November 21, 2011, that Motricity had identified material weaknesses in connection with its internal controls necessary to "ensure the timeliness and completeness of all documentation impacting revenue recognition and expense reporting."

14. The true facts, were as follows:

(a) U.S. consumers had adopted smartphones at a far higher rate than defendants had disclosed in Motricity's Registration Statement;

(b) Motricity's business was being adversely affected by the faster than expected adoption of smartphones by consumers such that a smaller portion of the market needed Motricity's services;

(c) Motricity had not developed a viable smartphone solution;

(d) Motricity's largest customers were not increasing their demand for Motricity's services to the extent represented;

(e) A number of Motricity's contracts would not be profitable even if the minimum guaranteed revenues were achieved;

(f) Motricity's business was not growing as fast as represented, domestically or internationally; and

(g) Motricity had misstated its managed services and professional services revenues for the third quarter of 2010 through the second quarter of 2011.

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS - 5

Case No. C11-1340-TSZ



HAGENS BERMAN

1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11 492830 V1

15.    As a result of defendants' false statements, Motricity's stock traded at inflated levels during the Class Period.  However, after the above revelations seeped into the market, the Company's shares were hammered by massive sales, sending them down over 92% from their Class Period high.

## II.    JURISDICTION AND VENUE

16.    The claims asserted herein arise under and pursuant to §§11 and 15 of the 1933 Act [15 U.S.C. §§77k and 77o], and §§10(b) and 20(a) of the 1934 Act [15 U.S.C. §§78j(b) and 78t(a)] and SEC Rule 10b-5 [17 C.F.R. §240.10b-5].  This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331, §27 of the 1934 Act and §22 of the 1933 Act.

17.    Venue is proper in this District pursuant to 28 U.S.C. §1391(b), because defendants maintain an office in this District and many of the acts and practices complained of herein occurred in substantial part in this District.

18.    In connection with the acts and conduct alleged in this complaint, defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the mails and interstate wire and telephone communications.

## III.    PARTIES

19.    On November 7, 2011, the Court entered an order appointing Mosco and Hardy as the lead plaintiffs in this action.  Lead Plaintiffs Mosco, Hardy and plaintiff Lobel purchased Motricity common stock during the Class Period as indicated below and were damaged thereby.

20.    Lead Plaintiff Mosco purchased 55,794 shares of Motricity common stock between January 2011 and August 2011, as set out in the previously filed Declaration of Karl Barth in Support of the Mosco/Hardy Group's Motion for Consolidation of Related Actions, Appointment of Lead Plaintiff and Approval of Selection of Counsel ("Barth Declaration").

21.    Lead Plaintiff Hardy purchased 23,500 shares of Motricity common stock between October 2010 and May 2011, and in addition entered into option contracts obligating him to purchase additional shares of Motricity if the stock price fell below certain levels, as set

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 6

Case No. C11-1340-TSZ



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

out in the Barth Declaration.

22.     Plaintiff Lobel purchased 70,481 shares of Motricity common stock between December 2010 and July 2011, as set out in the previously filed Declaration of Brad J. Moore in Support of the Lobel Family's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel.

23.     Defendant Motricity provides mobile data solutions that enable wireless carriers to deliver mobile data services to their subscribers in the United States and elsewhere. Motricity's June 21, 2010 Form 424B4 Prospectus states that the Company had 355 employees. During the February 8, 2011 conference call, Motricity said it had 339 employees.

24.     Defendant Wuerch founded the Company and served as CEO and a director of Motricity until August 2011.  During the Class Period, Wuerch sold 294,800 shares of his Motricity stock for proceeds of over $5.6 million, representing approximately 24% of his holdings.  Defendant Wuerch signed or authorized the signing of the false and misleading Registration Statement.

25.     Defendant Allyn P. Hebner ("Hebner") served as Chief Financial Officer ("CFO") of Motricity until August 2011.  During the Class Period, Hebner sold 52,475 shares of his Motricity stock for proceeds of over $1 million, representing approximately 35% of his holdings. Defendant Hebner signed or authorized the signing of the false and misleading Registration Statement.

26.     Defendant James R. Smith, Jr. ("Smith") serves as the Interim CEO.  During the Class Period, Smith sold 150,332 shares of his Motricity stock for proceeds of over $3.0 million, representing approximately 43% of his holdings.

27.     Defendant James Ryan ("Ryan") served as Chief Development Officer of Motricity until August 2011.  During the Class Period, Ryan sold 71,270 shares of his Motricity stock for proceeds of over $1.3 million, representing approximately 34% of his holdings.

28.     Defendant Jeffrey A. Bowden ("Bowden") served as a director of Motricity until

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 7

Case No. C11-1340-TSZ

HAGENS BERMAN

1918 EIGHTH AVENUE, SUITE 3300 · SEATTLE, WA 98101
(206) 623-7292 · FAX (206) 623-0594

010261-11  492830 V1

1    his resignation in February 2011.  Defendant Bowden signed or authorized the signing of the

2    false and misleading Registration Statement.

3        29.    Defendant Hunter C. Gary ("Gary") serves as a director of Motricity.  Defendant

4    Gary signed or authorized the signing of the false and misleading Registration Statement.

5        30.    Defendant Brett Icahn ("Icahn") serves as a director of Motricity.  Defendant

6    Icahn signed or authorized the signing of the false and misleading Registration Statement.

7        31.    Defendant Lady Barbara Judge ("Judge") serves as a director of Motricity.

8    Defendant Judge signed or authorized the signing of the false and misleading Registration

9    Statement.

10       32.    Defendant Suzanne H. King ("King") served as a director of Motricity until her

11   resignation in June 2011.  Defendant King signed or authorized the signing of the false and

12   misleading Registration Statement.

13       33.    Defendant Brian V. Turner ("Turner") served as a director of Motricity until his

14   resignation in July 2011.  Defendant Turner signed or authorized the signing of the false and

15   misleading Registration Statement.

16       34.    The defendants referenced above in ¶¶ 23-33 are referred to herein as the

17   "Motricity Defendants."

18       35.    Defendant J.P. Morgan Securities Inc. ("JP Morgan") is the U.S. investment

19   banking arm of financial services giant JPMorgan Chase & Co.  JP Morgan provides debt and

20   equity underwriting, M&A and corporate restructuring advisory, securities dealing and

21   brokerage, and trade execution services for large-market companies and institutional investors.

22   JP Morgan acted as joint book-running manager and underwriter for Motricity's IPO, helping to

23   draft and disseminate the offering documents.

24       36.    Defendant Goldman, Sachs & Co. ("Goldman") provides investment banking,

25   securities and investment management services to a substantial and diversified client base that

26   includes corporations, financial institutions, governments and high-net-worth individuals.

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 8



Case No. C11-1340-TSZ

010261-11  492830 V1

1  Goldman acted as joint book-running manager and underwriter for Motricity's IPO, helping to

2  draft and disseminate the offering documents.

3       37.    Defendant Deutsche Bank Securities Inc. ("Deutsche") is the U.S. investment

4  banking and securities arm of Deutsche Bank AG.  Deutsche provides investment banking

5  products and services.  Deutsche acted as co-manager and underwriter for Motricity's IPO,

6  helping to draft and disseminate the offering documents.

7       38.    Defendant RBC Capital Markets Corporation ("RBC") offers corporate and

8  investment banking services to corporations, governments, and institutions.  The firm's services

9  include public and private placement of debt and equity securities, strategic alliances, mergers

10  and acquisitions advice, corporate finance, equity and debt underwriting, and structured and

11  project finance.  RBC acted as co-manager and underwriter for Motricity's IPO, helping to draft

12  and disseminate the offering documents.

13      39.    Defendant Robert W. Baird & Co. Incorporated ("Baird") is an international

14  employee-owned financial services firm providing wealth management, capital markets, private

15  equity and asset management services to individuals, corporations, institutional investors and

16  municipalities.  Baird acted as co-manager and underwriter for Motricity's IPO, helping to draft

17  and disseminate the offering documents.

18      40.    Defendant Needham & Company, LLC ("Needham") is an independent

19  investment bank and asset management firm specializing in advisory services and financings for

20  growth companies.  Needham acted as co-manager and underwriter for Motricity's IPO, helping

21  to draft and disseminate the offering documents.

22      41.    Defendant Pacific Crest Securities LLC ("Pacific Crest") is an investment-

23  banking firm that provides financial advisory services to public and privately held technology

24  companies.  Pacific Crest acted as co-manager and underwriter for Motricity's IPO, helping to

25  draft and disseminate the offering documents.

26

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 9

Case No. C11-1340-TSZ



42.    The defendants named in ¶¶ 35-41 are referred to herein as the "Underwriter Defendants."

43.    Defendant Motricity and the Motricity Defendants who signed the Registration Statement are strictly liable for the false and misleading statements incorporated into the Registration Statement.  The Underwriter Defendants drafted and disseminated the offering documents and were paid more than $5 million in connection therewith.  The Underwriter Defendants' failure to conduct an adequate due diligence investigation was a substantial factor leading to the harm complained of herein.

## IV.    FRAUDULENT SCHEME AND COURSE OF BUSINESS

44.    Independent of their liability for filing a false and misleading registration statement, defendants are liable for:  (i) making false statements; or (ii) failing to disclose adverse facts known to them about Motricity.  Defendants' fraudulent scheme and course of business that operated as a fraud or deceit on purchasers of Motricity common stock was a success, as it:  (i) deceived the investing public regarding Motricity's prospects and business; (ii) artificially inflated the price of Motricity common stock; (iii) allowed the Motricity Defendants to sell over $11 million worth of their own Motricity stock at artificially inflated prices; and (iv) caused plaintiffs and other members of the class to purchase Motricity common stock at inflated prices.

## V.    BACKGROUND

45.    Motricity is a provider of mobile data solutions and services that enable wireless carriers to deliver mobile data services to their subscribers.  It provides a suite of hosted, managed service offerings, including mobile Web portal, storefront, messaging, and billing support and settlement, which enable wireless carriers to deliver carrier-branded mobile data services to their wireless subscribers.  The Company's mCore service delivery platform provides the tools for mobile subscribers to locate and access personally relevant and location-based content and services, engage in social networking and download content and applications.  The

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 10

Case No. C11-1340-TSZ

HAGENS BERMAN

1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

most important competition for Motricity's services was smartphones, which provided Internet access without Motricity's services. Since smartphones were growing in popularity, Motricity's potential market was gradually declining.

### VI.    DEFENDANTS' FALSE AND MISLEADING STATEMENTS MADE IN CONNECTION WITH THE IPO AND DURING THE CLASS PERIOD

46.    Beginning in January 2010, the Company filed a Form S-1 Registration Statement in connection with its IPO, which Registration Statement was declared effective by the SEC on June 17, 2010.

47.    On and about June 2, 2010, Motricity held one or more roadshows for the purpose of promoting the company to potential investors. The materials circulated to potential investors stated: "Inflection point reached – accelerating revenue and profitability." With respect to revenue, the materials attributed "Accelerating Earnings Growth," among other items, to "Expansion within existing customers," and touted a 25% growth rate, both as a four-year trend and a first quarter 2009 to first quarter 2010 increase.

48.    On June 17, 2010, the Company filed a Form S-1/A Registration Statement with the SEC in connection with an initial public offering of 5 million shares of Motricity common stock.

49.    The Registration Statement repeatedly highlighted Motricity's compatibility with smartphones:

> Our mCore platform provides mobile subscribers with access to over 30 million unique pieces of third-party content or applications that we optimize and deliver to over 2,000 different mobile phone models, ranging from entry level feature phones to smartphones.

> *        *        *

> *Expansive Device Portfolio and Onboarding Process*. We customize, test and maintain highly personalized mobile data experiences for an ever-expanding population of mobile devices ranging from entry level feature phones to smartphones utilizing advanced operating systems such as Symbian, Blackberry, Android, Windows Mobile and webOS.

> *        *        *

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 11

Case No. C11-1340-TSZ



HAGENS BERMAN
1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

Enhance our smartphone solutions to fully capitalize on the extensive capabilities of these devices and their significant market adoption.

\*        \*        \*

The Yankee Group estimates that the proportion of U.S. subscribers owning smartphones increased to 12% in 2009 from 9% in 2008 and 6% in 2007. The share of smartphones as a percentage of the overall mobile device market is projected to continue growing.  With the advent of the Internet and the evolution of wireless networks and mobile phones, mobile subscribers have increased their demand for mobile content, including information, images, music and video, and for mobile applications, including games and productivity tools.

\*        \*        \*

*Smartphone Market Share Increasing*.  With the launch of the newest versions of the iPhone, Android and Blackberry, smartphones are becoming an increased percentage of phones serviced by the wireless carriers.  The Yankee Group estimates that the proportion of U.S. subscribers owning smartphones increased to 12% in 2009 from 9% in 2008 and 6% in 2007.  The share of smartphones as a percentage of the overall mobile device market is projected to continue growing.  We believe that these smartphone users tend to use more data services and have more full featured web browsers.  As the percentage of smartphones increases further, wireless carriers will need to understand how to extend their mobile data services to allow for application and content delivery to these new phones.

50.    The Registration Statement also represented the Company's competitive strengths:

*Strong Relationships with Wireless Carriers*.  We have well-established relationships with the top wireless carriers in the U.S. market, including Verizon Wireless, AT&T, Sprint and T-Mobile USA and a new relationship with XL Axiata in Indonesia.  We believe that we have been an integral partner with our wireless carrier customers and have assisted them with all phases of their mobile data services strategies, including design, development, deployment, provisioning, management, billing and customer support.

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 12

Case No. C11-1340-TSZ



HAGENS BERMAN
1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

*Deep Integration within the Mobile Data Ecosystem.* Our mCore service delivery platform is deeply integrated into our wireless carrier customers' systems, with the result that we can more effectively deliver an enhanced mobile data experience to their subscribers. We connect directly into our wireless carrier customers' wireless network infrastructure as well as their provisioning and billing systems and their customer care systems. …

*Highly Scalable Platform.* Our mCore service delivery platform has been built using a flexible modular architecture that enables wireless carriers to deliver a highly scalable and highly reliable, carrier-branded experience.

*Comprehensive Expertise in Managed Service Operations.* . . . We deliver these services to the world's leading carriers, application and content providers ranging in complexity from roll-out and testing of minor customizations to major new strategic initiatives involving numerous third parties and onboarding of content and roll-out of a continually expanding set of devices. Our managed service environment consists of thousands of servers across multiple datacenters and is capable and contracted to deliver highly reliable service delivery reaching up to 99.999% availability.

51. The Registration Statement again emphasized Motricity's support for smartphones and open systems:

*Expansive Device Portfolio and Onboarding Process.* We customize, test and maintain highly personalized mobile data experiences for an ever expanding population of mobile devices ranging from entry level feature phones to smartphones that utilize advanced operating systems such as Symbian, Blackberry, Android, Windows Mobile and webOS. Our onboarding process includes device profiling, testing and performance management across each carrier customers' handset portfolio. We support mobile devices from over 12 manufacturers as well as a wide range of run time environments and network protocols.

52. The Registration Statement also emphasized Motricity's future growth opportunities:

We intend to expand our business in developed and emerging international markets, such as those in Southeast Asia, India and Latin America. We recently entered into an agreement with XL Axiata, a wireless carrier in Indonesia.[1] We intend to apply our expertise gained from the U.S. market and fully leverage the capabilities and scale of the mCore platform to enable the rapid

---

[1] Wuerch signed the contract with XL Axiata on May 18, 2010. A copy of the contract is attached to Motricity's Form 10-K Annual Report for 2010, filed on February 28, 2011.

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 13

Case No. C11-1340-TSZ

HAGENS BERMAN

1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

deployment of advanced mobile data services in these new markets in a cost-effective and efficient manner.

… We believe that we are a market leader in mobile data services and solutions in terms of technological capabilities, market share and range of service offerings, and we intend to expand on this position. . . .

… We intend to leverage our core competencies, technologies, and existing market position to broaden our offerings and customer base and advance into new market segments. . . .

… We intend to extend further our support for new versions of smartphones and extend our support for data-rich applications which have higher rates of data consumption on these mobile devices.  In addition, we will continue to leverage our subscriber behavior insights and user interface expertise to offer more personalized and richer experiences to smartphones.  We expect to fully capitalize on the extensive capabilities of smartphones and their significant market adoption.

53. With respect to prior quarter revenues, the Registration Statement provided the following information concerning the breakdown of managed services and professional services revenues:

**Quarterly Results of Operations**

The following table sets forth our unaudited quarterly consolidated statements of operations and other data for the year ended December 31, 2009 and the three months ended March 31, 2010. We have prepared the unaudited statement of operations data on the same basis as the audited consolidated financial statements included in this prospectus, and have included, in our opinion, all adjustments, consisting only of normal recurring adjustments, that we consider necessary for a fair presentation of the financial information set forth in those statements.  Quarterly results are not necessarily indicative of the operating results to be expected for the full fiscal year.  You should read this data together with our consolidated financial statements and the related notes included elsewhere in this prospectus.

| | For the Three Months Ended, | | | | |
|---|---|---|---|---|---|
| | March 31, 2009 | June 30, 2009 | September 30, 2009 | December 31, 2009 | March 31, 2010 |
| | (In Thousands, except per share data) | | | | |
| **Revenue** | | | | | |
| Managed services | $ 20,222 | $ 20,314 | $ 20,417 | $ 20,450 | $ 20,881 |
| Professional services | 3,054 | 16,694 | 7,672 | 4,872 | 8,199 |

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 14

Case No. C11-1340-TSZ

HAGENS BERMAN
1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA  98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

| | | | | | |
|---|---|---|---|---|---|
| Total revenues | 23,276 | 37,008 | 28,089 | 25,322 | 29,080 |

54. Regarding Motricity's offerings, the Registration Statement further stated with respect to smartphones:

**Our Solutions and Services.**

We design, develop, implement and support a comprehensive suite of hosted mobile data solutions, which we offer on a hosted, managed service basis. Our solutions include the following:

*mCore Portal*. mCore Portal is a carrier-branded mobile destination accessible through over 2,000 different mobile phone models, ranging from entry level feature phones to smartphones. . . .

\*       \*       \*

*Mobile Device and Operating System Independent*. mCore is mobile device and operating system independent and is able to deliver mobile data services to over 2,000 different mobile phone models, ranging from entry level feature phones to smartphones, and most mobile operating systems. As mobile device and operating system capabilities become increasingly more varied, we believe mCore's independent approach will enable wireless carriers to deliver an enhanced user experience to their subscribers without having to specifically develop products for each device and operating system.

55. On June 18, 2010, Motricity issued a press release announcing the pricing of the IPO, which stated in part:

Motricity, . . . a leading provider of mobile data solutions, announced that it has priced its initial public offering of 6,000,000 shares of common stock at a price of $10 per share. This includes 1,000,000 shares that are being purchased at the initial public offering price, less the underwriting discount by one or more entities affiliated with Carl C. Icahn. Mr. Icahn has an existing 18.5% beneficial ownership interest in the Company prior to this purchase. Motricity's common stock will begin trading on the NASDAQ Global Market today under the symbol "MOTR." The underwriters have a 30-day option to purchase up to an additional 750,000 shares of common stock from the Company at the initial public offering price.

J.P. Morgan Securities Inc. and Goldman, Sachs & Co. are acting as joint book-running managers. Deutsche Bank Securities Inc., RBC Capital Markets Corporation, Robert W. Baird & Co. Incorporated, Needham & Company, LLC and Pacific Crest Securities LLC are acting as co-managers.

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS - 15

Case No. C11-1340-TSZ



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11 492830 V1

56.    On August 3, 2010, Motricity issued a press release announcing its financial results for the second quarter of 2010, the period ended June 30, 2010.  For the quarter, the Company reported that revenue increased 5% to $30.4 million.  Defendant Wuerch commented on the results, stating, as follows:

> "Solid execution, accelerated revenue growth and significant margin expansion enabled Motricity to exceed expectations in revenues, Adjusted EBITDA and Adjusted Net Income . . . . Motricity's mCore platform is driving mobile data services and mobile internet growth for some of the largest carriers and enterprises in the world. Our ability to deliver 'Mobile as a Service' through a cloud computing environment is producing strong results that were evidenced in the second quarter. Our domestic business is continuing to grow as AT&T has contracted to implement our next-generation storefront solution – Marketplace.  Moreover, we signed a multi-year extension to our longstanding relationship with Verizon Wireless, which includes enabling the mobile internet across Verizon's newest smartphones such as the HTC Incredible and Droid X.  We are capitalizing on the massive global opportunity for mobile internet users by adding XL Axiata in Indonesia, one of the largest and fastest growing carriers in Southeast Asia, as the first customer in our Asia Pacific region growth strategy.  We believe that this new relationship is a powerful leading indicator that carriers are turning to Motricity as their mobile data services partner of choice on a worldwide basis."

> Motricity's operating performance for the second quarter of 2010 is compared to the first quarter of 2010 in this press release, as the Company believes that the sequential comparison is particularly useful to investors, given trends in the business.  Information about the Company's financial results for the prior year periods is included in attached tables.

> **Revenue and Net Loss:**

> Revenue for the second quarter of 2010 was $30.4 million, an increase of 5% over revenue of $29.1 million for the first quarter of 2010. Revenue growth was primarily driven by an increase in managed services revenue, which rose 5% to $21.9 million, while professional services revenue grew 4% to $8.5 million . . . .

>                    *       *       *

> **Financial Outlook**:

> For the third quarter 2010, Motricity believes that revenue will grow to approximately $37 million to $38 million driven by increased mobile data services usage by its carrier customers' subscribers, the deployment of new solutions for several customers and large implementation projects for AT&T and XL Axiata.

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 16



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

Case No. C11-1340-TSZ

010261-11  492830 V1

Motricity expects continued margin expansion and increased Adjusted Net Income in the range of $5.3 million to $6.3 million.

\*      \*      \*

**Supplemental Data Schedule**

| | March 31, 2009 | June 30, 2009 | September 30, 2009 | December 31, 2009 | March 31, 2010 | June 30, 2010 |
|---|---|---|---|---|---|---|
| | | | (Dollars in millions) | | | |
| **Revenues** | | | | | | |
| Managed services | $   20.2 | $   20.3 | $   20.4 | $   20.4 | $   20.9 | $   21.9 |
| Professional services | $    3.1 | $   16.7 | $    7.7 | $    4.9 | $    8.2 | $    8.5 |
| **Total revenues** | $   23.3 | $   37.0 | $   28.1 | $   25.3 | $   29.1 | $   30.4 |

57.     On August 3, 2010, Motricity held a conference call to discuss its second quarter 2010 financial results and outlook.  During the call, Wuerch stated:

> In the second quarter, we contracted with AT&T, our largest and longest tenure customer to implement our next generation store front solution called mCore Marketplace.  Marketplace enables users to find and purchase all of the best content, applications, widgets and services available to them on the internet from one centralized user-center destination.
>
> We are incredibly enthusiastic about the deployment of the mCore Marketplace as it is an offering applicable to all types of mobile devices, feature phones, smart phones and next generation devices. Marketplace broadens the availability of content to the entire mobile world, reflecting the new open world available to mobile subscribers, enabling them to have exactly what they want, when they want it.
>
> We also signed a multi-year extension of our long-term relationship with Verizon Wireless, our second largest customer. During Q2, we continued to roll out mobile internet functionality across their handsets including two of their hottest Android smart phone handsets, the Droid X and the HTC Incredible.
>
> \*      \*      \*
>
> We're in discussions with a number of other carrier customers regarding the solutions as well.  We're working closely with all of our carrier customers to develop innovative solution through the mCore platform that will continue to position them as strong valued added participants in the open smart phone mobile data ecosystem.
>
> Second, we're focused on adding new carrier customers from emerging markets, particularly in Asia-Pacific.  In the June quarter, we signed an agreement with XL Axiata. XL is one of the largest

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 17

Case No. C11-1340-TSZ



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

and fastest growing carriers in Indonesia. This was a highly competitive win against many well-known multi-billion dollar companies in the industry. XL with 32 million subscribers is part of the Axiata Group, which has over a 130 million subscribers across eight carriers.

We believe that this win bodes very well for Motricity's future in the region. Work is underway for the deployment of XL this fall and you will see that implementation work reflected in our professional services revenues in Q3. Unlike most of our US carriers, our contract with XL is for the full mCore Solution Suite. We believe that this model is very attractive to other international carriers which would be quite different from the historic single solution buying patterns among the US carriers.

Additionally, our long-term agreement with XL represents very attracted contract terms. Motricity will receive a percentage of all data services revenues excluding SMS from every device in the network above the baseline data revenues from last quarter.

\*       \*       \*

This will enable Motricity to fully capitalize on the move to open mobile device operating system and open mobile networks. For example, we continue to execute on our open strategy by providing a unique, personalized mobile internet experience across all devices and across multiple industry segments including the enterprise market. This underscores the applicability of our platform to create value across any device and any content.

\*       \*       \*

I'll now turn to our business outlook. Allyn will discuss our specific financial guidance for the next quarter in his discussion. We see substantial growth opportunity in North America due to the accelerated adoption of data services by subscribers among our current customers.

58.    During the same conference call, Hebner assured investors that both total revenues and managed revenues were growing and emphasized the importance of professional services revenues as a leading indicator of future managed services revenues:

We will focus on sequential quarterly changes which we believe are more informative at this time than year-over-year comparisons. I'll start with revenue. Motricity's revenues are comprised of managed services revenue which is averaged roughly 75% of our mix and professional services revenue which represented the other 25%. Total revenue for the second quarter was $30.4 million, a sequential increase of 5%.

This increase was primarily due to a 5% sequential increase in

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 18

Case No. C11-1340-TSZ



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

managed services revenue which grew to $21.9 million. Managed services revenue is the recurring monthly cash flow stream from our long-term contracts comprised of both fixed and variable or participatory elements.

*        *        *

Professional services revenue is the fees we earned initially to integrate our solutions into our customers operations and to add significant enhancements over time. Professional services revenues can fluctuate significantly from quarter-to-quarter due to the size and timing of projects as in Q2 of last year, when both professional service and total revenues were substantially higher due to a large implementation project during that quarter with AT&T.

As you see from the guidance in our press release, we expect a large increase again in professional services revenue in Q3 of this year. It's important to note that higher professional services revenue is a leading indicator of expected future growth and managed services revenue.

59.    During the August 3, 2010 conference call, Smith stated the following concerning the Motricity defendants' access to information:

Mike Abramsky – RBC Capital Markets – Analyst

Will you get any feedback from these carriers regarding how your traffic and update within their storefront market places are comparing in terms of activity and growth rate to the smart phone alternatives?

Jim Smith – Motricity, Inc. – President, COO

Yes. We do have that information and we work very closely with our carrier partners to not only report on that information, but to analyze it, improve it, market and merchandize information and content in order to drive that revenue obviously up. And in segmented cases drive that revenue to particular groups that are high usage groups as well. That is part of our ongoing managed services that we do for customer as part of our marketplace solution.

60.    Finally, at the end of the conference call, Hebner and Wuerch again emphasized the upward trend of the managed services revenues and the importance of the new carrier contract with XL Axiata:

Allyn Hebner – Motricity, Inc. – CFO

Yes. Will, I think, if you look at the trended data, the quarterly

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 19

Case No. C11-1340-TSZ



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

trended data we provided in the supplemental schedule to the press release. What you are seeing is a continuing ramp or acceleration on the growth of managed services, and I think, you're going to continue to see that going forward and that actually accelerate even more. So particularly with launch of major new customer in Q4 in XL, so we are on a definite upward trajectory with managed services.

Ryan Wuerch – Motricity, Inc. – Chairman, CEO

Yes. Will, just to follow-on with that, managed services revenues you will continue to see strong acceleration in the second half of this year, okay.

Will Power – Robert W. Baird & Co. – Analyst

And then, second question, you actually have a nice win with XL, thought there's some opportunities to build around that, I guess, anyway to give us a sense for timing we might expect, some additional wins down there, so something that could happened, sooner later this quarter or is there something maybe we should be thinking about for 2011, and I guess, secondly along those lines, what are the prospects, outside of Southeast Asia, would it be Latin America, or elsewhere at this point? Thanks.

Ryan Wuerch – Motricity, Inc. – Chairman, CEO

Yes. We are – as we've discussed several times through the prepared statement. We are very enthused with what is happening with our international expansion plans. We are working right now with a number of carriers in Asia-Pacific and having very strong pipeline there. We are very encouraged about the progress that's being made and believe that this year, we will be announcing new carrier wins in that region.

61.    On August 9, 2010, defendants Wuerch and Hebner participated in the Pacific Crest Technology Leadership Forum. Wuerch made the following statements:

So any time you're seeing professional services, that line that is a leading indicator for the managed services, the reoccurring revenues that ultimately will follow.

*    *    *

We have a contract with this carrier where it is the new model, we have in the international market as we're expanding becoming that branded company, expanding all across Southeast Asia where we receive a percentage on every dollar over the baseline revenues from last quarter, outside of SMS, creating tremendous opportunity for that reoccurring participatory economics for the company.

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 20

Case No. C11-1340-TSZ



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA  98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

62.     On September 13, 2010, Motricity issued a press release announcing its

smartphone solution, mCore MobileCast, which stated:

> Motricity (Nasdaq:MOTR), a leading provider of mobile Internet services today announced the launch of mCore MobileCast, a next generation content management solution that delivers realtime, consumer relevant content to a wide range of smartphones.  This comprehensive offering is designed to give smartphone subscribers real-time, zero touch access to all the relevant content, applications, goods and services they care about most, directly to their "phonetop."

63.     On November 2, 2010, Motricity issued a press release announcing its financial

results for the third quarter of 2010, the period ended September 30, 2010.  For the quarter, the

Company reported that revenue increased 35% year-over-year to $37.9 million.  Defendant

Wuerch commented on the results, stating, in pertinent part, as follows:

> "Motricity has an exceptional, global opportunity, and we made substantial progress during the third quarter.  As a mobile Internet pure-play, we believe we are well-positioned to drive strong growth year-over-year through the fourth quarter and beyond . . . . In North America, we successfully launched AT&T's AppCenter, powered by mCore Marketplace, providing AT&T's subscribers a broad range of content including applications, music, videos and games with highly-personalized merchandizing and a new, simplified express purchase process.  We also rolled-out MobileCast, a compelling new content management service giving carriers an intelligent architecture to drive mobile data services revenues through delivery of relevant media, applications and digital goods directly to subscribers' smartphones."

> "We continue to capitalize on the unparalleled opportunities available in the emerging international markets and strengthened this position by launching XL Axiata's XLGo! in Indonesia, and by becoming the mobile data services provider for one of India's largest operators, Reliance Communications, with over 105 million subscribers.  We experienced additional gains in Adjusted EBITDA and Adjusted Net Income, driving margin and shareholder value by leveraging our 'Mobile as a Service' cloud computing model . . . ."

> **Revenue and Net Income:**

> Revenue increased $9.8 million, or 35%, to $37.9 million in the third quarter of 2010 from $28.1 million in the third quarter of 2009.  Managed services revenue for the quarter increased $3.8 million, or 19%, and professional services revenue increased $6.0 million, or 78%, compared to the prior year period.  Compared to the second quarter of 2010, third quarter revenue increased $7.5

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 21

Case No. C11-1340-TSZ



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

million, or 25%, as managed services revenue increased 10% and professional services revenue increased 61%.

64.    On November 2, 2010, Motricity also held a conference call to discuss its third quarter 2010 financial results and outlook.  During that call, Wuerch emphasized the importance of its international customer pipeline and smartphone offering:

> Now, stepping back, we see our international wins this year as a pivot point for our international activities that speaks to the stifle of prospects ahead for Motricity.  We are pleased by our wins over the past several months, as they do demonstrate Motricity has the right technology, the right strategy, and the right roadmap to win substantial international opportunities.
>
> I hope that this gives you a sense of the scope of this opportunity, our approach, and why we are so excited about it.  In addition to these wins, I will add that our pipeline is very strong, and we continue to see numerous engagements and proposals across Asia-Pacific and other rapidly growing geographies.
>
> Our ambitions in regard to international expansion are strategic to our business, and are aggressive in timeline and scope.  Make no mistake – Motricity has an opportunity to be the leading mobile-data-services platform and provider in the emerging markets such as Southeast Asia, India, China, and Latin America.  And our recent wins give us confidence that we're well underway.
>
> I look forward to sharing more customer wins with you in the future.  But I would say another core component of these international wins is the contribution to accelerated margin and profitability. . . .
>
>                         *        *        *
>
> I've already mentioned the AT&T rollout of Marketplace Technology for AT&T App center, and some of the work we're doing to drive enterprise adoption of our mCore platform.  Another significant product we launched recently that I want to highlight is MobileCast, our newest addition to the mCore platform for the smart-phone market.
>
> MobileCast is an intelligence layer developed to work across all smart phones that brings content to the top of the device that are most relevant to you.  Everyone loves the app stores, but if you think about it, most people don't know which apps are available, can't tell what these apps actually do, or the last 1,000 apps that were even added.
>
> MobileCast brings the latest content – apps, goods, and services – that are most relevant to a subscriber's interest, to the top of their device, based on their purchase patterns and specific preferences.

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 22

Case No. C11-1340-TSZ



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11 492830 V1

MobileCast is the most recent example of how we enable our carrier partners to deliver relevant content, service, and offerings, and further enhance their mobile-subscribers' experience.

\* \* \*

Ryan Wuerch – Motricity, Inc. – CEO

Well, what I will say, again, to underscore what I said earlier, is we do have a very strong pipeline. And it has been one, Mike, has we've discussed over the course of the last quarter, with various investors – is that we do see international being a big opportunity for us – we, as a company, are seeing it accelerating faster than we, in fact, anticipated, even on last quarter's call, based on even what I've stated earlier about the sales-to-deployment timeline that we had just with Reliance.

We do see, in the course of the next six months, that there will be more.

65.    In response to the earnings announcement and the subsequent conference call, shares of the Company's stock rose $6.49 per share over the next four trading days – to close at $30.74 per share on November 9, 2010, the Company's Class Period high.

66.    On November 8, 2010, Motricity issued a press release announcing a contract with Celcom, its second Axiata Asian carrier:

Celcom, the largest 3G mobile operator in Malaysia, announced today it has selected Motricity (Nasdaq:MOTR) to provide the technology platform that will deliver personalized, relevant mobile experiences to Celcom's 11 million feature and 3G Smartphone subscribers.

\* \* \*

Celcom is the second Axiata company to select Motricity to transform its mobile data service business. In May, Motricity announced its partnership with XL Axiata, one of Indonesia's fastest growing telecommunications operators with 11 million subscribers throughout its coverage area.

67.    On December 20, 2010, Motricity issued a press release announcing contracts with three additional Axiata group carriers:

Axiata, one of the largest telecommunications conglomerates in the Asia Pacific region with nearly 150 million mobile subscribers in ten countries, today announced it has selected Motricity (Nasdaq:MOTR) to be its preferred provider to deliver a complete end-to-end mobile Internet and data services solution to its

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 23

Case No. C11-1340-TSZ



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

operating companies.  The announcement builds upon the successful deployment of Motricity's mCore Platform and its end-to-end Mobile as a Service offering at XL Axiata, the group's largest operating company based in Indonesia.  Additionally, Motricity is already in the process of implementing the mCore Platform and services at Celcom, Axiata's operating company in Malaysia.  Motricity has now entered into an agreement to provide its solutions and services to Axiata operating companies Dialog in Sri Lanka, Robi in Bangladesh and Hello in Cambodia.

68.    On February 8, 2011, Motricity issued a press release announcing its fourth quarter and fiscal year 2010 financial results.  The Company reported net income of $2.9 million, or $0.06 diluted EPS, and revenue of $36 million for the fourth quarter.  The Company additionally reported revenue for the full year 2010 of $133.4 million.  The release stated in part:

**Financial and Business Highlights:**

- Quarterly revenue of $36 million, up 42% year-over-year

- Quarterly net income of $2.9 million and EPS of $0.06, up from a $(4.4) million loss year-over-year

- Quarterly Adjusted Net Income of $5.7 million, Adjusted EPS of $0.14

- Announced intent to acquire Adenyo, a leading mobile advertising, marketing and analytics provider to expand global market opportunity

- XL Axiata exceeding forecasted adoption since November launch with over 4 million users

- 5 additional international operators signed in Q4 representing over 150 million new mobile subscribers

- Company targets one billion mobile users through its mCore platform by 2013

"2010 was a breakout year for Motricity. During our first six months as a publicly-traded company we posted strong revenue, margin and profit growth," said Ryan Wuerch, chief executive officer.  "Since our IPO last June, Motricity has strengthened its leadership position within the industry. We have continued to deliver market leading solutions for AT&T, Verizon and Sprint while aggressively expanding our international footprint – signing six new international operators throughout SE Asia and India – more than doubling our global addressable market opportunity. Moreover, in the fourth quarter we developed and launched a new solution in partnership with Sprint and HSN highlighting how Motricity's mCore platform delivers smartphone solutions that

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 24

Case No. C11-1340-TSZ



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA  98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

enhance the mobile experience on behalf of our enterprise customers."

"Our proposed acquisition of Adenyo, a global leader in mobile advertising, marketing, and analytics, further expands our immediate market opportunity into the rapidly growing mobile advertising and marketing space which ABI Research estimates will reach $29.9 billion in 2014 globally. Motricity has the opportunity to further monetize its access to over 350 million subscribers by integrating Adenyo's technology and deep enterprise and agency relationships into our mCore platform. Motricity's long-term objective is to participate in the direct and indirect monetization of over a billion users coming through our cloud-based, mCore platform. Motricity's ability to deliver highly personalized, relevant content and value-added services to mobile users globally through our 'mobile as a service' offering provides us with the most comprehensive mobile data services platform in the market today," added Wuerch.

69.    On February 8, 2011, Motricity also held a conference call to discuss the fourth quarter financial results and Motricity's outlook. During the call with analysts, defendants made the following statements:

Ryan Wuerch – Motricity – Chief Executive Officer

Internationally, we exceeded our original growth targets by signing six new carriers that represent over 200 million mobile subscribers, including some of the largest and most important mobile operators in the Asia Pacific region.

These new contracts further advance and underpin our existing business model since Motricity is paid based on high levels of participatory economics on the mobile data services and mobile commerce growth for these carriers, paving the way for substantial upside to our business.

*      *      *

Let me start with our first pillar, expanding our North American business. Our Q4 and 2010 revenue from North America was $25.6 million and $109 million respectively. The North America market's rapid adoption of smartphones have given users increased choice and change mobile data usage patterns.

This shift has flattened some of the growth Motricity has historically experienced for our traditional portal in marketplace solutions with North American carriers, as this shift became evident in our Q2 and Q3 results in 2009, and is further reflected in our Q1 in 2011 guidance.

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 25

Case No. C11-1340-TSZ



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

1                                      *     *     *

2     In addition to XL and Celcom, Motricity added Axiata Company's
      Dialog in Sri Lanka, Robi and Bangladesh, and Hello in
3     Cambodia's customers.  As we previously discussed we expect that
      revenue from these new international partners will ramp as we
4     move through 2011.

5     Based on the marketing and roll out plans that we are privy to, we
      expect that activity levels from these carriers will accelerate in Q3
6     and Q4.  I'll also note that our international sales pipeline is strong,
      and it continues to expand and grow at a rapid pace.

7
                                       *     *     *
8
      On last quarter's call we introduced to you MobileCast.  And I'm
9     pleased to announce to today our first new carrier to adopt this
      exciting new product for the smartphone market is Virgin Media.
10
      MobileCast is our next generation content management solution
11    that leverages our intelligent architecture to deliver real time,
      consumer relevant content to a wide range of smartphones on the
12    Virgin Media mobile network.

13    Virgin smartphone subscribers will get real time zero touch access
      to all of the relevant content, applications, goods and services they
14    care about most directly to their phone top.  This launch will
      further drive brand awareness, promotions and commerce all
15    through the customer's personalized mobile experience.

16                                     *     *     *

17    Allyn Hebner – Motricity – Chief Financial Officer

18    Today, I will introduce our 2011 guidance.  For the first quarter,
      we expect revenues to be in the range of $32 million to $33
19    million, and adjusted net income in the range of $0.5 million to $1
      million.  This represents 10% to 13% revenue growth and slightly
20    higher adjusted net income compared to the first quarter of 2010.

21    This guidance reflects lower professional services revenues
      compared to strong Q3 and Q4 revenue levels, due to completion
22    of major phases of the larger international deployments currently
      underway by early in Q1 and the expected deferral of some US
23    carrier projects.

24    For the full year 2011, Motricity expects revenue growth in the
      range of 27% to 35% or $170 million to $180 million, and adjusted
25    net income growth in the range of 55% to 85% or $25 million to
      $30 million, including the projected results of Adenyo for the nine
26    months of the year before associated transaction and integration
      costs.  Adenyo's unaudited 2010 revenues on a US GAAP basis



are approximately $13 million.

We expect the growth rate and revenues to accelerate as we move through the year. This is due to strong expected international growth particularly in the second half of the year, as the multi phase deployments with our existing customers are completed, and as we add and deploy new international customers.

*       *       *

Unidentified Participant

Oh, sure. First one is what is the expected ramp for your international customers given the time line you described?

Ryan Wuerch – Motricity – Chief Executive Officer

Okay. Well, related to the ramp, you know, as we previously discussed on the call, you know, we see Q2 moving into Q3 the acceleration beginning to occur with managed services revenues. Also heavily into Q4 as we see the full deployment of the current contracts that we've already announced, and seeing them actually being deployed in Q2.

*       *       *

Mike Abramsky – RBC Capital Markets – Analyst

Not to put too fine a point on it, but I think this is the first time you're talking about flattening of business and pushing out of projects. So what I'm asking is, why is that only apparent to you in – now – starting now in – rather than what you might have mentioned as a potential dynamic to your business previously?

Ryan Wuerch – Motricity – Chief Executive Officer

Yes, so, back to what we've all been watching happening in the market. There is adoption with smartphones that is happening faster than I think anyone really expected.

And, we are as a company moving to where the market is going. And, in fact, as we look through 2011 with the solutions we've already introduced, we believe in 2011 we have upside that is in front of us associated with the new smartphone solutions that that we will be delivering into the market where we will additionally be assisting our mobile operators, and we're accounting for it.

And that's why today we're introducing, you know, for this quarter, for Q1 a flattening of the North American revenues over last year. And for the entire year we're taking a very prudent and conservative approach associated with that, and believing we have strong opportunity associated with the new solutions that will be introduced into the market as well as those that have already been

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 27

Case No. C11-1340-TSZ



1918 Eighth Avenue, Suite 3300 • Seattle, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

announced.

70.     On March 15, 2011, Wuerch participated in the Lazard Capital Markets Technology & Media Conference and made the following statements:

> But for us, we're also seeing our platform being leveraged in everyplace outside of the mobile operator. And we most recently announced the Adenyo transaction. About 14 months ago, we started seeing, the shift happen and quite dramatically in the smartphone business.
>
> *       *       *
>
> And we can only do so much. I'd love to say that we have a thousand people on the ground going after every carrier.  But we don't. But I might say some of the evolution is happening, where our pipelines are so incredibly strong. And Reliance from R, the date we won them, we deployed them into 55 days, to show you the scale of the platform, where you go to India right now, Reliance and your mobile Internet experience is all about Motricity.

71.     On April 14, 2011, Motricity issued a press release announcing the acquisition of Adenyo, a mobile marketing, advertising and analytics solutions provider with operations in the United States, Canada and France.  The release stated in part:

> "With the acquisition of Adenyo and integration of their platform into mCore, we are changing the landscape of the mobile data services industry.  Innovative operators, brands and agencies can now leverage Motricity's software as a service platform to provide highly targeted mobile advertising, marketing and analytics solutions.  Our expertise will help them expand their market reach and provide their customers with relevant content and services. Motricity is creating new revenue opportunities by expanding its customer base to include global brands and ad agencies," said Ryan Wuerch, chief executive officer of Motricity.  "Our focus in the coming years is to have one billion mobile customers worldwide accessing these offerings and services through Motricity's mCore platform."

72.     According to the Company's Form 8-K filing with the SEC, Motricity paid $49.1 million in cash and issued nearly 3.3 million shares of it common stock as consideration for the acquisition.

73.     On May 3, 2011, Motricity issued a press release announcing its first quarter 2011 financial results.  The Company reported a net loss of ($6.1) million, or ($0.15) diluted EPS,



which included the Adenyo acquisition, and revenue of $32.2 million.  The release stated in part:

> "Motricity drove strong year-over-year growth in revenue and margin," said Ryan Wuerch, chief executive officer of Motricity. "Our international deployments with customers including XL, Celcom, Robi, Hello, Dialog and Reliance are on track, and managed services revenue from our new international customers grew 50 percent over the prior quarter.  These facts, along with very encouraging usage metrics such as XL's recently reported 44% year-over-year growth in data revenue and 6 million users on XL!Go powered by Motricity, are strong leading indicators of substantial international growth."

> "Our international mobile operator sales pipeline has grown ten-fold since this time last year, including targets in Southeast Asia, India, Latin America and Europe with several at the final sales stage.  The addition of mobile advertising and marketing capabilities to our mCore platform is amplifying these opportunities.  In a global market of over 4.5 billion mobile subscribers, Motricity is uniquely positioned to empower mobile operators, brands and advertising agencies to capitalize on the dynamic growth of the mobile internet," added Wuerch.

74.    On May 3, 2011, Motricity held an analyst conference call to discuss its first quarter 2011 financial results and outlook.  During the call, defendants made the following statements:

> [Ryan Wuerch – Motricity, Inc. – CEO:]  We expect the Q2 revenue will increase to between $36 million to $38 million and that our revenue will rapidly accelerate as we move through the year, given that our international operator rollouts are right on track.

> *      *      *

> I hope you walk away from this call with three key things.  First, we expect that our 2011 North America revenues will experience double-digit growth over 2010 levels.  Second, our international rollouts are on track.  And we are seeing leading indicators that show that the strong international growth we believed would occur is in fact happening.  Third, based on our initial international success plus the addition of new mobile advertising, marketing and predictive analytics capabilities our international sales pipeline has increased tenfold over this time last year.

> *      *      *

> Since our last conference call our outlook and forecast for North America has improved.  The deeply embedded nature of our current operator and enterprise relationships plus the addition of new [additional] revenue streams starting in the second quarter

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 29

Case No. C11-1340-TSZ



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

underpins our confidence that we will be delivering new capabilities to our North American customers that we hadn't previously built into our prior outlook. This gives us confidence that our North American revenues will post double-digit growth in 2011 over 2010 levels.

\*       \*       \*

Third, our sales pipeline has increased tenfold since the same time last year, including very significant opportunities throughout Asia-Pacific region, India and Latin America and other emerging markets. Though I can't be specific, I will say that we have several large operators in the Asia-Pacific region that are at the final stages of the sales process.

\*       \*       \*

We're extremely encouraged by these early results of our XL partnership and with these metrics. This outstanding growth indicates that we should exceed the minimums in our XL contract and that we will begin to see the pull-through of revenue deferred from the first half of the year into our Q3 revenues along with added revenues being generated by their strong growth trajectory.

(Inaudible) Q1 we generated significant revenue from our second carrier in the Axiata Group, Celcom. Celcom is the largest 3G mobile operator in Malaysia with 11 million subscribers. Rollouts for other Axiata operators, including Robi, HELLO and Dialog are all on track as well.

\*       \*       \*

Mike Abramsky – RBC Capital Markets – Analyst

Good. Sorry. I just want to go back to the full year guidance. Last quarter, you had specifically affirmed F11 and this quarter now you are moving to quarterly. And I'm just wondering, could you just give a little bit more insight as to why you're doing that? Because you did spend some time in the press release talking about kind of the two to three-year outlook.

Has visibility changed in any way? Do you – just to set the right expectation, are you sort of maybe seeing – like you said, your international expectations are strong, but some of these could come in sooner or later that would cause you to make that change?

Allyn Hebner – Motricity – Chief Financial Officer

Hi, Mike. This is Allyn. Let me comment on that. When we look at our long-term growth plans as well as the operating plans we put in place for this year, we're well on track to achieve those. And I think our Q1 results and our Q2 guidance firmly support that. And we believe that we're going to finish the year very strong and

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 30

Case No. C11-1340-TSZ



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

1    that's going to carry us into the next two or three years with
2    achieving the results that we've set out as our long-term target
     model.

3    75.    In response to these announcements, the price of Motricity common stock fell

4    $1.82 per share, or approximately 14%, to close at $10.99 per share, on volume of over 4 million

5    shares.

6    76.    On May 17, 2011, Wuerch and Hebner participated in the 39th Annual J.P.

7    Morgan Global Technology, Media and Telecom Conference.  Motricity's presentation materials

8    represented that "International deployments with XL, Celcom, Robi, Hello, Dialog and Reliance

9    are on track."

10   77.    During the conference, Wuerch stated:

11       So in our last earnings call and we will be a quarterly guidance
         company, and our last earnings call that was our objective just
12       provide quarterly guidance, not change, not update.  And I think
         what ultimately happened is you had some people say, "Okay, well
13       gosh, if you are having double-digit growth now in North America
         that you – what you are saying about international by not raising
14       guidance.["]

15   78.    Then, on August 9, 2011, Motricity issued its second quarter 2011 financial

16   results, reporting a net loss of ($4.3) million, or ($0.09) diluted EPS, including the expenses of

17   the Adenyo acquisition, and revenue of $34.6 million.  This result fell well short of Wall Street's

18   forecast.  The release stated in part:

19       "Our financial results are below our expectations, due to
         headwinds in our North America carrier business, increased
20       competition in the international market which impacted our ability
         to close new deals, and a later than expected closing of the Adenyo
21       transaction.  We are providing a greater level of revenue detail in
         this press release on the primary areas of our business – North
22       American Carrier, International Carrier and Mobile Marketing and
         Advertising – so that investors can better understand our
23       company," said Ryan Wuerch, chief executive officer of Motricity.

24                              *       *       *

25       "At the senior level of management, we are initiating a transition in
         the CFO position to replace Allyn Hebner, who will assist with the
26       transition.  We also made the decision to make another transition in
         our senior team with Jim Ryan, who has previously served as our
         Chief Strategy and Marketing and Development Officer and whose

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 31



HAGENS BERMAN

1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

1    responsibilities are now being handled by others," added Wuerch.

2    79.    On August 9, 2011, Motricity held an analyst conference call to discuss the

3    second quarter 2011 financial results and the company's outlook.  Defendants made the

4    following statements:

5    Ryan Wuerch – Motricity – Chief Executive Officer

6    Let me start by discussing the 3 primary factors impacting our Q3
     outlook.  First, with our international carriers, we saw strong
7    operational progress scaling the business.  However, very recent
     changes to the competitive landscape since our Q1 earnings call
8    significantly lengthened our sales cycles, and revenue was slower
     to develop than we hoped.  Second, we are experiencing increased
9    headwinds in our North American Carrier operations, primarily
     related to the mass adoption of smartphones at the expense of
10   feature phones.  While this transition is been underway for some
     time, our large carrier customers are reporting that this trend is
11   accelerating faster than they had expected and it is impacting
     revenues, not just for Motricity, but for the industry.  Last, the
12   closing of Adenyo transaction took longer than anticipated.  As a
     result, we started executing on our plans to add sales capacity and
13   operational improvements later in the quarter than we had
     originally expected.
14
     On today's call, I'll focus on what we are seeing in the business,
15   the strategy that we are executing to improve our financial
     performance, and why we remain highly optimistic that Motricity
16   is well-positioned to become a very large and highly-profitable
     Company over time.  We are at the early stages of an important
17   transition in Motricity's business.  There are always challenges
     during a transition phase, however our team has a strong track
18   record of execution through the evolution of the mobile ecosystem
     and we are confident that we will continue to do so.
19
     *        *        *
20
     Looking ahead, in order to help investors track our progress as we
21   execute against the strategies just discussed, we are going to
     provide deeper insight into our 3 primary operating areas.  From a
22   near-term perspective, we expect our North American Carrier
     operations to trend down in the near-term.  We expect growth from
23   our international Carrier operations over the longer-term from our
     existing wins, and provided we prevail through the recent strong
24   competitive dynamics, with additional wins going forward, and
     robust growth in our Mobile Marketing and Advertising operations
25   is expected to materialize in 2012 as our additional sales capacity
     becomes more productive in North America and we are able to add
26   sales capacity in Europe as well.

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 32

HB  HAGENS BERMAN

1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

Case No. C11-1340-TSZ

010261-11  492830 V1

*    *    *

In summary, our Company is at the early stages of an important transition.

80. As a result of this news, Motricity's stock price plummeted, opening at $2.30 per share on August 10, 2011, a decline of 50% on huge volume.

81. On November 14, 2011, Motricity issued a late press release announcing its financial results for the third quarter ending September 30, 2011. The Company effectively admitted that it was revising its entire business strategy, and that Motricity was undergoing "a necessary period of transformation" involving the "tremendous changes we are undertaking." Motricity was making efforts "to identify a strategy," had taken restructuring charges and had recently undergone leadership changes.

82. Revenue for the 2011 third quarter had declined to $30.4 million, from $37.9 in the prior year third quarter, and missed recent management guidance. Motricity announced that it would take a $162.3 million write-down, including a $123.5 million reduction to goodwill, a $38.8 million charge for fixed and intangible assets and a $4.6 million restructuring charge. Just as importantly, Motricity admitted an unexpectedly large adjusted loss from unprofitable contracts, apart from the one-time write-downs:

> Adjusted EBITDA loss for the third quarter of 2011 was $(11.1) million, as compared to Adjusted EBITDA of $9.0 million in the third quarter of 2010. The decrease in Adjusted EBITDA was primarily due to $7.6 million of decreased revenue, $5.5 million of expenses related to non-profitable contracts and the inclusion of results for the acquired Adenyo business which operated at an Adjusted EBITDA loss for the period.

83. Motricity also admitted that it needed to reclassify $7.25 million of professional services revenue as managed services revenue from the third quarter of 2010 to the second quarter of 2011:

> During the third quarter the Company adjusted its methodology for classifying revenues associated with percentage of completion contracts that contain both Managed services revenue and Professional services revenue. Management reviewed the revenue recorded to date and determined that a reclassification to increase the amount of Managed services revenue and decrease the amount

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 33

Case No. C11-1340-TSZ



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

of Professional services revenue was necessary to accurately reflect the nature of the contracts. Therefore in the Consolidated Statements of Operations, it has reclassified the following amounts from Professional services revenue to Managed services revenue: $1 million in Q3 2010; $2 million in Q4 2010; $2.5 million in Q1 2011; and $1.75 million in Q2 2011. These reclassifications did not impact the amount of total revenue recognized in each period.

\*       \*       \*

Adjusted Net Loss for the third quarter of 2011 was $(14.1) million, or $(0.31) of Adjusted EPS, compared to Adjusted Net Income of $6.1 million, or $0.15 of Adjusted EPS, for the third quarter of 2010. The year-over-year decline in Adjusted Net Income is primarily due to $7.6 million of decreased revenue, $5.5 million of expenses related to non-profitable contracts and the inclusion of results for the Adenyo business which operated at an Adjusted Net Loss for the period.

84.    During the November 14, 2011 conference call, interim CEO Jim Smith stated that:

There is no doubt that Motricity has undertaken significant steps to create change. The transformation already underway will enable us to leverage our mobile experience and technologies, while operating more efficiently as we adapt to the realities of a rapidly evolving and growing mobile landscape.

\*       \*       \*

On a comparable basis, excluding these impacts, the business is progressing, even with the tremendous changes we are undertaking. Importantly, we have taken a number proactive steps to evolve our strategy in order to rebuild the Company.

\*       \*       \*

I want to thank them for their continued focus on achieving great things for our customers and shareholders, during this unique time of change. Lastly, we work with the Board to carefully evaluate our strategy. Collectively, we viewed Q3 as a point where we could step back and objectively look at, and assess the entire business.

We had two major takeaways from that analysis. First, we agreed to realign our teams around our business priority, and second we conducted a deep business opportunity analysis and developed a number of strategic options for the Company. As an extension to this, we brought on GCA Savvian to assist us in evaluating these options, which include a potential spinoff, sale, or other transactions, to further enable Motricity's growth and drive

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS - 34

Case No. C11-1340-TSZ



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

shareholder value.

\*     \*     \*

In summary, Motricity has made progress in the face of great uncertainty over the past couple of months.

85.     Motricity's new CFO, Steve Cordial ("Cordial"), also explained the financial impact of Motricity's difficulties:

Based upon a combination of factors, including a reduction in the actual and anticipated performance of acquired businesses, as well as the recent decline of our market capitalization to a level significantly below book value of our net assets, we've experienced an impairment of our good will in certain fixed and intangible assets. We are in the final stages of analysis, and these results reflect our best estimates of a $162.3 million impairment charge of which $123.5 million relates to goodwill, and $38.8 million relates to various fixed and intangible assets.

As you know, we've taken proactive steps to reduce our operating expenses. Accordingly, we have recorded a restructuring charge of $4.6 million, primarily related to severance payments and stock-based compensation charges related to the acceleration of equity awards given to employees that were terminated. Now, turning to revenue. Motricity finished the third quarter of 2011 with total revenue of $30.4 million, as compared to $37.9 million for the third quarter of 2010. The $7.6 million decrease of revenue, over the prior-year, is primarily attributed to the $8.6 million decrease of professional services revenue. Managed services revenue for the third quarter of 2011 was $26.3 million, or 87% of total revenue, as compared to $25.2 million or 67% of total revenue, for the third quarter of 2010. The increase was primarily due to revenue contributed by the Adenyo business. Although you will remember that the Q3 2010 results benefited from a $1.1 million Trac-Phone termination fee.

\*     \*     \*

The majority of the $11.2 million increase relates to several factors – one, $4 million of expenses, associated with revenue contracts assumed to be completed at a loss; two, $1 million of cost associated with customer contracts that were previously capitalized within prepaid expenses and other current assets on the balance sheet. These costs have been capitalized to defer them over the term of the contract and we currently believe the deal economics are such, that we will not recover these costs over the life of those contracts; three, $2.3 million of increased expenses, related to the operations of the acquired Adenyo business; four, a $1.5 million decrease of capitalized software; and, finally a $1.4 million increase in contract labor.



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA  98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

86.    In response to an analyst's question about XL Axiata, Cordial also revealed that certain of Motricity's contracts were flawed in that they required Motricity to incur expenses in excess of the revenues:

Lauren Choi – JPMorgan – Analyst

Hey guys, this is Lauren Choi for Sterling Auty. My first question is at [XL-Axiata], I think in the past, you guys have talked about a minimum threshold. And I think it was, kind of our impression that we wouldn't be reaching the minimum threshold after that because of volumes, and we would get some uptick. I guess, just first of all, did we reached that point yet? And if not, is it because we have seen delays or the volume has not been there? Or just wanted, also, an update if the contract has changed that all there.

Steve Cordial – Motricity, Inc. – CFO

Lauren, this is Steve. I'm not sure that it has been the Company's policy to comment on specific customer relationships, but we looked at a number of contracts that had reached, or recently reached their the minimum levels, and then got a look at what the commitments were that we made to those customers for future spending, and realized that we had made commitments for a lot more spending, than we saw as committed revenues coming into the future. We took the standard GAAP approach to that, and recognized the cost in excess of minimum revenues, in this period.

Lauren Choi – JPMorgan – Analyst

Okay. And, in terms of color around [XL-Axiata], have we moved along faster than we had expected? Or on target, below target?

Jim Smith – Motricity, Inc. – Interim CEO

Okay, so [XL] continues to stay on track. That has not changed. We have launched Celcom, so they are in the early stages. I believe we're currently on target, although early data is just coming in from Celcom. Not within the quarter, but we've recently gotten them along the dialogue, as well, down the launch path this month.

Lauren Choi – JPMorgan – Analyst

Great, and I guess, in terms of Reliance, I'm sure it's also early to see what's going on there. But were there minimum thresholds in that contract as well?

Jim Smith – Motricity, Inc. – Interim CEO

There were not minimum contracts in the Reliance – in the

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS - 36

Case No. C11-1340-TSZ



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11 492830 V1

1    Reliance contract.

2    87.    The true facts, were as follows:

3    (a)    U.S. consumers had adopted smartphones at a far higher rate than defendants had

4    disclosed in Motricity's Registration Statement;

5    (b)    Motricity's business was being adversely affected by the faster than expected

6    adoption of smartphones by consumers such that a smaller portion of the market needed

7    Motricity's services;

8    (c)    Motricity had not developed a viable smartphone solution;

9    (d)    Motricity's largest customers were not increasing their demand for Motricity's

10    services to the extent represented;

11    (e)    A number of Motricity's contracts would not be profitable even if the minimum

12    guaranteed revenues were achieved;

13    (f)    Motricity's business was not growing as fast as represented, domestically or

14    internationally; and

15    (g)    Motricity had misstated its managed services and professional services revenues

16    for Q3 2010 through Q2 2011.

17    88.    Contrary to references in Motricity's Registration Statement that smartphone

18    ownership in the U.S. had grown from 9% of the mobile market in 2008 to 12% in 2009,

19    smartphone ownership had in fact already reached 21% of U.S. mobile subscribers by the end of

20    2009, 23% by the first quarter of 2010 and 25% by the second quarter of 2010 (the quarter

21    ending less than two weeks after Motricity's IPO), as reported by The Nielsen Company on

22    August 2, 2010.  The gross underestimation of the smartphone adoption in the Registration

23    Statement ultimately manifested itself as Motricity eventually disclosed weak U.S. managed

24    services revenues and a sharp reduction in U.S. professional services revenues.

25    89.    Contrary to defendants' repeated promotion of Motricity's smartphone solutions

26    and ability to compete in a smartphone market, the truth was that Motricity's smartphone

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 37



Case No. C11-1340-TSZ

010261-11  492830 V1

solution consisted of little more than rudimentary push advertising solicitations. Contrary, for example, to defendants' representations that MobileCast was a "comprehensive offering . . . designed to give smartphone subscribers . . . access to all the relevent content . . . they care about most," the product instead merely let the carrier and advertisers "push" unsolicited content and marketing to the subscribers' telephone screens. According to Confidential Witness 1 ("CW1"), MobileCast was not a commercially viable product. The products that MobileCast made available were limited to its own limited catalog. Although the offering might have some value on a non-smartphone, (*i.e.*, a feature phone), a smartphone with access to the internet would not be so restricted. Smartphone customers had no use for Motricity's restricted MobileCast product given the unrestricted internet access provided by a smartphone. CW1 worked at Motricity and saw the MobileCast product.

90. According to Confidential Witness 2 ("CW2"), MobileCast was Motricity's only smartphone project and the dilemma Motricity faced was that no customer had expressed any interest. CW2 worked at Motricity during 2010 and the first quarter of 2011, and was familiar with Motricity's product offering and was responsible for sales to a number of Motricity's carrier clients.

91. During the Class Period, defendants materially misled the investing public, thereby inflating the price of Motricity's common stock, by publicly issuing false and misleading statements and omitting to disclose material facts necessary to make defendants' statements, as set forth herein, not false and misleading. Said statements and omissions were materially false and misleading in that they failed to disclose material adverse information and misrepresented the truth about the Company, its business and operations, as alleged herein.

92. At all relevant times, the material misrepresentations and omissions particularized in this complaint directly or proximately caused, or were a substantial contributing cause of, the damages sustained by plaintiffs and other members of the class. These material misstatements and omissions had the cause and effect of creating in the market an unrealistically positive



assessment of Motricity and its business, prospects and operations, thus causing the Company's

common stock to be overvalued and artificially inflated at all relevant times. Defendants'

materially false and misleading statements during the Class Period resulted in plaintiffs and other

members of the class purchasing the Company's common stock at artificially inflated prices, thus

causing the damages complained of herein.

93.    As a result of defendants' false statements, Motricity's stock traded at inflated

levels during the Class Period. However, after the above revelations seeped into the market, the

Company's shares were hammered by massive sales, sending them down over 92% from their

Class Period high.

## VII.    FRAUD ON THE MARKET DOCTRINE

94.    The market for Motricity common stock was open, well-developed and efficient

at all relevant times. As a result of these materially false and misleading statements and failures

to disclose, Motricity common stock traded at artificially inflated prices during the Class Period.

Plaintiffs and other members of the class purchased or otherwise acquired Motricity common

stock relying upon the integrity of the market price of Motricity common stock and market

information relating to Motricity, and have been damaged thereby.

## VIII.   ADDITIONAL SCIENTER ALLEGATIONS SUPPORTING SECTION 10(B) CLAIMS

95.    As alleged herein, Motricity and the Individual Defendants acted with scienter in

that they knew that the public documents and statements issued or disseminated in the name of

the Company were materially false and misleading; knew that such statements or documents

would be issued or disseminated to the investing public; and knowingly and substantially

participated or acquiesced in the issuance or dissemination of such statements or documents as

primary violations of the federal securities laws. As set forth elsewhere herein in detail, these

defendants, by virtue of their receipt of information reflecting the true facts regarding Motricity,

their control over, and/or receipt and/or modification of Motricity's allegedly materially

misleading statements and/or their associations with the Company which made them privy to

HAGENS BERMAN

1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

confidential proprietary information concerning Motricity, participated in the fraudulent scheme alleged herein.

## IX.    INSIDER SELLING

96.    Aware of Motricity's concealed problems and demonstrating scienter, corporate insiders sold Motricity common stock at inflated prices, as set below, including immediately upon the December 2010 release of the post-offering lock-up:

**Motricity, Inc.
(MOTR)**
Insider Sales: 6/1/10 - 12/8/11

| Filer Name | Title | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|
| ADVANCED EQUITIES TA | 10% + Beneficial Owner | 15-Dec-2010 | 196,441 | $18.26 | $3,587,013 |
| ADVANCED EQUITIES TA | 10% + Beneficial Owner | 15-Dec-2010 | 219,588 | $18.29 | $4,016,265 |
| | | | 416,029 | | $7,603,277 |
| | | | | | |
| Dorr (Chris) | Officer | 16-Dec-2010 | 2,728 | $20.00 | $54,560 |
| | | | | | |
| Hebner (Allyn P) | Chief Financial Officer | 16-Dec-2010 | 4,000 | $19.17 | $76,680 |
| Hebner (Allyn P) | Chief Financial Officer | 17-Dec-2010 | 15,000 | $19.88 | $298,200 |
| Hebner (Allyn P) | Chief Financial Officer | 22-Dec-2010 | 500 | $21.83 | $10,915 |
| Hebner (Allyn P) | Chief Financial Officer | 05-Jan-2011 | 10,000 | $19.77 | $197,700 |
| Hebner (Allyn P) | Chief Financial Officer | 06-Jan-2011 | 1,200 | $20.57 | $24,684 |
| Hebner (Allyn P) | Chief Financial Officer | 07-Jan-2011 | 2,400 | $20.57 | $49,368 |
| Hebner (Allyn P) | Chief Financial Officer | 11-Jan-2011 | 3,475 | $21.59 | $75,025 |
| Hebner (Allyn P) | Chief Financial Officer | 11-Jan-2011 | 10,650 | $21.05 | $224,183 |
| Hebner (Allyn P) | Chief Financial Officer | 12-Jan-2011 | 350 | $20.87 | $7,305 |
| Hebner (Allyn P) | Chief Financial Officer | 07-Feb-2011 | 100 | $20.97 | $2,097 |
| Hebner (Allyn P) | Chief Financial Officer | 07-Feb-2011 | 4,800 | $21.80 | $104,640 |
| | | | 52,475 | | $1,070,796 |
| | | | | | |
| Leigh (Richard E Jr) | General Counsel | 16-Dec-2010 | 14,573 | $19.76 | $287,962 |
| Leigh (Richard E Jr) | General Counsel | 17-Dec-2010 | 26,031 | $19.99 | $520,360 |
| Leigh (Richard E Jr) | General Counsel | 22-Dec-2010 | 1,890 | $21.69 | $40,994 |
| Leigh (Richard E Jr) | General Counsel | 22-Dec-2010 | 15,800 | $20.55 | $324,690 |
| Leigh (Richard E Jr) | General Counsel | 04-Jan-2011 | 1,300 | $19.08 | $24,804 |
| Leigh (Richard E Jr) | General Counsel | 05-Jan-2011 | 4,700 | $19.75 | $92,825 |
| Leigh (Richard E Jr) | General Counsel | 04-Apr-2011 | 329 | $15.06 | $4,955 |
| | | | 64,623 | | $1,296,590 |
| | | | | | |
| Ryan (James) | Officer | 15-Dec-2010 | 400 | $19.03 | $7,612 |
| Ryan (James) | Officer | 15-Dec-2010 | 61,215 | $18.22 | $1,115,337 |

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 40

Case No. C11-1340-TSZ



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11 492830 V1

**Motricity, Inc.**
**(MOTR)**
Insider Sales: 6/1/10 - 12/8/11

| Filer Name | Title | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|
| Ryan (James) | Officer | 04-Jan-2011 | 9,204 | $18.81 | $173,127 |
| Ryan (James) | Officer | 04-Apr-2011 | 451 | $15.08 | $6,801 |
| | | | 71,270 | | $1,302,878 |
| | | | | | |
| Smith (Jim) | President | 16-Dec-2010 | 33,611 | $19.85 | $667,178 |
| Smith (Jim) | President | 17-Dec-2010 | 66,389 | $19.99 | $1,327,116 |
| Smith (Jim) | President | 22-Dec-2010 | 3,735 | $21.64 | $80,825 |
| Smith (Jim) | President | 22-Dec-2010 | 30,710 | $20.55 | $631,091 |
| Smith (Jim) | President | 04-Jan-2011 | 3,705 | $19.08 | $70,691 |
| Smith (Jim) | President | 05-Jan-2011 | 12,182 | $19.75 | $240,595 |
| | | | 150,332 | | $3,017,496 |
| | | | | | |
| TCV V L P | 10% + Beneficial Owner | 11-Jan-2011 | 13,076 | $20.95 | $273,942 |
| TCV V L P | 10% + Beneficial Owner | 11-Jan-2011 | 684,824 | $20.95 | $14,347,063 |
| | | | 697,900 | | $14,621,005 |
| | | | | | |
| Wuerch (Ryan K) | Chief Executive Officer | 15-Dec-2010 | 200 | $19.01 | $3,802 |
| Wuerch (Ryan K) | Chief Executive Officer | 15-Dec-2010 | 79,800 | $18.14 | $1,447,572 |
| Wuerch (Ryan K) | Chief Executive Officer | 16-Dec-2010 | 120,800 | $19.34 | $2,336,272 |
| Wuerch (Ryan K) | Chief Executive Officer | 17-Dec-2010 | 82,000 | $19.65 | $1,611,300 |
| Wuerch (Ryan K) | Chief Executive Officer | 05-Jan-2011 | 3,700 | $20.00 | $74,000 |
| Wuerch (Ryan K) | Chief Executive Officer | 06-Jan-2011 | 2,300 | $20.19 | $46,437 |
| Wuerch (Ryan K) | Chief Executive Officer | 04-Feb-2011 | 6,000 | $20.03 | $120,180 |
| | | | 294,800 | | $5,639,563 |

97.    Chris Dorr was Motricity's Chief Human Resources Officer.  His sales represented approximately 29% of his holdings.

98.    Richard E. Leigh, Jr. was Motricity's Senior Vice President and General Counsel. His sales represented approximately 55% of his holdings.

## X.    LOSS CAUSATION/ECONOMIC LOSS

99.    During the Class Period, as detailed herein, the defendants made false and misleading statements and engaged in a scheme to deceive the market and a course of conduct that artificially inflated the price of Motricity common stock by misrepresenting the Company's business and prospects.  Later, when the defendants' prior misrepresentations became apparent to the market, the price of Motricity common stock fell precipitously, as the prior artificial inflation

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 41

Case No. C11-1340-TSZ



HAGENS BERMAN
1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11 492830 V1

1    came out of the price over time. As a result of their purchases of Motricity common stock during

2    the Class Period, plaintiffs and other members of the class suffered economic loss, *i.e.*, damages,

3    under the federal securities laws.

## XI.    NO SAFE HARBOR

5    100.    Motricity's "Safe Harbor" warnings accompanying its reportedly forward-looking

6    statements ("FLS") issued during the Class Period were ineffective to shield those statements

7    from liability. To the extent that projected revenues and earnings were included in the

8    Company's financial reports prepared in accordance with GAAP, including those filed with the

9    SEC on Form 8 K, they are excluded from the protection of the statutory Safe Harbor. 15 U.S.C.

10    §78u-5(b)(2)(A).

11    101.    The defendants are also liable for any false or misleading FLS pleaded because, at

12    the time each FLS was made, the speaker knew the FLS was false or misleading and the FLS

13    was authorized and/or approved by an executive officer of Motricity who knew that the FLS was

14    false. None of the historic or present tense statements made by defendants were assumptions

15    underlying or relating to any plan, projection or statement of future economic performance, as

16    they were not stated to be such assumptions underlying or relating to any projection or statement

17    of future economic performance when made, nor were any of the projections or forecasts made

18    by defendants expressly related to or stated to be dependent on those historic or present tense

19    statements when made.

## XII.    CLASS ACTION ALLEGATIONS

21    102.    Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil

22    Procedure 23(a) and (b)(3) on behalf of a class consisting of all those who purchased or

23    otherwise acquired shares of Motricity common stock during the Class Period and/or pursuant or

24    traceable to the Company's false and misleading Registration Statement for its IPO (the "Class"),

25    and who were damaged thereby. Excluded from the Class are defendants and their families, the

26    officers and directors of the Company, at all relevant times, members of their immediate families

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 42

Case No. C11-1340-TSZ



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

1   and their legal representatives, heirs, successors or assigns and any entity in which defendants

2   have or had a controlling interest.

3       103.    The members of the Class are so numerous that joinder of all members is

4   impracticable.  Motricity stock was actively traded on the NASDAQ.  While the exact number of

5   Class members is unknown to plaintiff at this time and can only be ascertained through

6   appropriate discovery, plaintiff believes that there are hundreds of members in the proposed

7   Class.  Record owners and other members of the Class may be identified from records

8   maintained by Motricity or its transfer agent and may be notified of the pendency of this action

9   by mail, using the form of notice similar to that customarily used in securities class actions.

10  Motricity has more than 46.3 million shares of stock outstanding.

11      104.    Plaintiffs' claims are typical of the claims of the members of the Class, as all

12  members of the Class are similarly affected by defendants' wrongful conduct in violation of

13  federal law that is complained of herein.

14      105.    Plaintiffs will fairly and adequately protect the interests of the members of the

15  Class and has retained counsel competent and experienced in class and securities litigation.

16      106.    Common questions of law and fact exist as to all members of the Class and

17  predominate over any questions solely affecting individual members of the Class.  Among the

18  questions of law and fact common to the Class are:

19          (a)     whether the 1933 Act and 1934 Act were violated by defendants' acts as

20  alleged herein;

21          (b)     whether statements made by defendants to the investing public during the

22  Class Period and in the Registration Statement misrepresented material facts about the business,

23  operations and management of Motricity; and

24          (c)     to what extent the members of the Class have sustained damages and the

25  proper measure of damages.

26      107.    A class action is superior to all other available methods for the fair and efficient

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 43



Case No. C11-1340-TSZ

010261-11  492830 V1

adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this action as a class action.

## XIII.    APPLICABILITY OF PRESUMPTION OF RELIANCE: FRAUD ON THE MARKET DOCTRINE

108.    At all relevant times, the market for Motricity's common stock was an efficient market for the following reasons, among others:

(a)    Motricity common stock met the requirements for listing, and was listed and actively traded on the NASDAQ, a highly efficient and automated market;

(b)    as a regulated issuer, Motricity filed periodic public reports with the SEC and the NASDAQ;

(c)    Motricity regularly communicated with public investors via established market communication mechanisms, including through regular disseminations of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and

(d)    Motricity was followed by several securities analysts employed by major brokerage firms who wrote reports which were distributed to the sales force and certain customers of their respective brokerage firms.  Each of these reports was publicly available and entered the public marketplace.

109.    As a result of the foregoing, the market for Motricity common stock promptly digested current information regarding Motricity from all publicly available sources and reflected such information in the prices of the stock.  Under these circumstances, all purchasers of Motricity common stock during the Class Period suffered similar injury through their purchase of Motricity common stock at artificially inflated prices and a presumption of reliance

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 44

Case No. C11-1340-TSZ

HAGENS BERMAN

1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

applies.

**COUNT I**

**XIV.   FOR VIOLATION OF §10(B) OF THE 1934 ACT AND RULE 10B-5
AGAINST MOTRICITY AND THE MOTRICITY DEFENDANTS**

110.    Plaintiffs incorporate ¶¶1-109 by reference.

111.    During the Class Period, the Motricity Defendants disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

112.    The Motricity Defendants violated §10(b) of the 1934 Act and Rule 10b-5 in that they:

(a)     employed devices, schemes and artifices to defraud;

(b)     made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

(c)     engaged in acts, practices and a course of business that operated as a fraud or deceit upon plaintiff and others similarly situated in connection with their purchases of Motricity common stock during the Class Period.

113.    Plaintiffs and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for Motricity common stock.  Plaintiffs and the Class would not have purchased Motricity common stock at the prices they paid, or at all, if they had been aware that the market price had been artificially and falsely inflated by the Motricity Defendants' misleading statements.

HB  HAGENS BERMAN

1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

## COUNT II

### XV.    FOR VIOLATION OF §20(A) OF THE 1934 ACT
### AGAINST MOTRICITY AND THE MOTRICITY DEFENDANTS

114.    Plaintiffs incorporate ¶¶1-113 by reference.

115.    The Motricity Defendants acted as controlling persons of Motricity within the meaning of §20(a) of the 1934 Act.  By reason of their positions with the Company, and their ownership of Motricity stock, the Motricity Defendants had the power and authority to cause Motricity to engage in the wrongful conduct complained of herein.  Motricity controlled the Motricity Defendants and all of its employees.  By reason of such conduct, defendants are liable pursuant to §20(a) of the 1934 Act.

## COUNT III

### XVI.   FOR VIOLATION OF SECTION 11 OF THE 1933 ACT
### AGAINST ALL DEFENDANTS

116.    Plaintiffs incorporate ¶¶ 1-43; 45-94 and 99-109 by reference, except to the extent that such paragraphs could be construed to allege fraud.

117.    This Count is brought pursuant to §11 of the 1933 Act, 15 U.S.C. §77k, on behalf of the Class, against all defendants.

118.    This Count does not sound in fraud.  All of the preceding allegations of fraud or fraudulent conduct and/or motive are specifically excluded from this Count.  Plaintiffs do not allege that the Motricity Defendants or the Underwriter Defendants had scienter or fraudulent intent, which are not elements of a §11 claim.

119.    The Registration Statement for the IPO was inaccurate and misleading, contained untrue statements of material facts, omitted to state other facts necessary in order to make the statements made not misleading, and omitted to state material facts required to be stated therein.

120.    Motricity is the registrant for the IPO.  The defendants named herein were responsible for the contents and dissemination of the Registration Statement.

121.    As issuer of the shares, Motricity is strictly liable to plaintiffs and the Class for

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 46

Case No. C11-1340-TSZ



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA  98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

any misstatements and omissions.

122.    None of the defendants named herein made a reasonable investigation or possessed reasonable grounds for the belief that the statements contained in the Registration Statement were true and without omissions of any material facts and were not misleading.

123.    By reason of the conduct herein alleged, each defendant violated, and/or controlled a person who violated, §11 of the 1933 Act.

124.    Plaintiffs acquired Motricity shares pursuant and/or traceable to the Registration Statement for the IPO.

125.    Plaintiffs and the Class have sustained damages.  The value of Motricity common stock has declined substantially subsequent to and due to defendants' violations.

126.    At the time of their purchases of Motricity shares, plaintiffs and other members of the Class were without knowledge of the facts concerning the wrongful conduct alleged herein and could not have reasonably discovered those facts prior to November 14, 2011.  Less than one year has elapsed from the time that plaintiffs discovered or reasonably could have discovered the facts upon which this complaint is based to the time that plaintiffs filed this complaint.  Less than three years elapsed between the time that the securities upon which this Count is brought were offered to the public and the time plaintiff filed this complaint.

**COUNT IV**

**XVII.  VIOLATIONS OF §12(A)(2) OF THE SECURITIES ACT ASSERTED AGAINST THE MOTRICITY DEFENDANTS AND THE UNDERWRITER DEFENDANTS**

127.    Plaintiffs incorporate ¶¶ 1-43; 45-94 and 99-109 by reference, except to the extent that such paragraphs could be construed to allege fraud.  This Count is brought pursuant to §12(a)(2) of the Securities Act, 15 U.S.C. §77l(a)(2), on behalf of the plaintiffs and all members of the Class who purchased or otherwise acquired Motricity securities following the IPO.

128.    This Count does not allege that defendants committed fraud or acted with deceitful intent.

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 47

Case No. C11-1340-TSZ



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

129.    This Count is brought against the Motricity Defendants and the Underwriter Defendants by means of the registration statement, prospectus and roadshow materials.

130.    As set forth more specifically above, the registration statement, prospectus and roadshow materials contained untrue statements of material fact and omitted material facts necessary in order to make the statements, in light of the circumstances in which they were made, not misleading.

131.    Plaintiffs and the members of the Class did not know, nor could they have known, of the untruths or omissions contained in those documents.

132.    By reason of the misconduct alleged herein, defendants violated §12(a)(2) of the Securities Act and are liable to plaintiffs and members of the Class who purchased or acquired Motricity securities pursuant the initial public offering.

133.    Plaintiffs and the members of the Class who purchased the securities pursuant to the IPO hereby seek rescission of their purchases.

## COUNT V

### XVIII. FOR VIOLATION OF SECTION 15 OF THE 1933 ACT AGAINST ALL DEFENDANTS

134.    Plaintiffs incorporate ¶¶ 1-43; 45-94 and 99-109 by reference, except to the extent that such paragraphs could be construed to allege fraud.

135.    This Count is brought pursuant to §15 of the 1933 Act against the Motricity Defendants.

136.    The Motricity Defendants were each a control person of Motricity by virtue of their positions as a director and/or senior officer of Motricity.  The Motricity Defendants each had a series of direct and/or indirect business and/or personal relationships with other directors and/or officers and/or major shareholders of Motricity.  Motricity controlled the Motricity Defendants and all of Motricity's employees.

137.    Defendants each were culpable participants in the violations of §§11, 12 the 1933 Act alleged in the Count above, based on their having signed or authorized the signing of the

HAGENS BERMAN

1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

Registration Statement and having otherwise participated in the process which allowed the IPO to be successfully completed.

## XIX.   PRAYER FOR RELIEF

WHEREFORE, plaintiffs pray for relief and judgment, as follows:

A.    Declaring this action to be a proper class action pursuant to Fed. R. Civ. P. 23;

B.    Awarding plaintiffs and the members of the Class damages and interest;

C.    Awarding plaintiffs' reasonable costs, including attorneys' fees;

D.    Awarding rescission or a rescissory measure of damages; and

E.    Awarding such equitable/injunctive or other relief as the Court may deem just and proper.

## XX.    JURY DEMAND

Plaintiffs hereby demand a trial by jury.

DATED: December 16, 2011

**HAGENS BERMAN SOBOL SHAPIRO LLP**


_____
            /s/ Karl P. Barth
Steve W. Berman, WSBA #12536
Karl P. Barth, WSBA #22780
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone:  206/623-7292
206/623-0594 (fax)

Liaison Counsel

**ROBBINS GELLER RUDMAN &  DOWD LLP**


_____
            /s/ John K. Grant
John K. Grant
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

HB HAGENS BERMAN

1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1

1

2      Gregory Del Gaizo
       Conrad B. Stephens
3      **ROBBINS UMEDA LLP**
       600 B Street, Suite 1900
4      San Diego, CA 92101
       Telephone: 619/525-3990
5      619/525-3991 (fax)

6      Additional Counsel for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 50



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

Case No. C11-1340-TSZ

010261-11  492830 V1

1

**<u>CERTIFICATE OF SERVICE</u>**

2          I hereby certify that on December 16, 2011, I electronically filed the foregoing with the

3   Clerk of the Court using the CM/ECF system which will send notification of such filing to all

4   counsel of record who are registered ECF users.

5

6   DATED:  December 16, 2011

7                                                      s/ Karl P. Barth
                                              Karl P. Barth
8                                             **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                              1918 8th Avenue, Suite 3300
9                                             Seattle, WA  98101
10                                            Telephone: (206) 623-7292
                                              Facsimile: (206) 623-0594
11                                            Karl@hbsslaw.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS  - 51

Case No. C11-1340-TSZ

HB  HAGENS BERMAN
1918 Eighth Avenue, Suite 3300 • Seattle, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010261-11  492830 V1