# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JOE CALLAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MOTRICITY INC., et al., <br><br> Defendants. | JUDGMENT IN A CIVIL CASE <br><br> CASE NO. C11-1340Z |

\_\_\_   **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Motricity Defendants' motion to dismiss, docket no. 114, and the Underwriter Defendants' motion to dismiss, docket no. 113, are GRANTED.  Plaintiffs' Third Amended Complaint is DISMISSED with prejudice.  Judgment is entered in favor of Defendants and against Plaintiffs.

Dated this 1st day of October, 2013.


                                                      William M. McCool
                                                    Clerk

                                                      s/Claudia Hawney
                                                      Deputy Clerk