THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JOE CALLAN, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>                                    Plaintiffs,<br><br>          vs.<br><br>MOTRICITY, INC., et al.,<br><br>                                    Defendants. | No. 2:11-cv-01340-TSZ<br><br>CLASS ACTION<br><br>NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT |

887246_1

NOTICE OF APPEAL AND NINTH CIRCUIT
RULE 3-2 REPRESENTATION STATEMENT
(2:11-cv-01340-TSZ)

ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center, One Montgomery St., Ste. 1800
San Francisco, CA  94104
Telephone: 415/288-4545 • Fax: 415/288-4534

Notice is hereby given that lead plaintiffs Cliff Mosco and Rich Hardy, and plaintiff Evan S. Lobel, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the judgment entered in this action on October 2, 2013, including the orders of dismissal entered on January 17, 2013 and October 1, 2013.

DATED:  October 31, 2013

s/ Karl P. Barth

STEVE W. BERMAN, WSBA #12536
KARL P. BARTH, WSBA #22780
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone:  206/623-7292
206/623-0594 (fax)
E-mail:  steveb@hbsslaw.com
E-mail:  karlb@hbsslaw.com

Liaison Counsel

s/ John K. Grant

JOHN K. GRANT
ARMEN ZOHRABIAN
ROBBINS GELLER RUDMAN
  & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: johnkg@rgrdlaw.com
E-mail: azohrabian@rgrdlaw.com

Lead Counsel for Plaintiffs

887246_1

NOTICE OF APPEAL AND NINTH CIRCUIT
RULE 3-2 REPRESENTATION STATEMENT
(2:11-cv-01340-TSZ)

ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center, One Montgomery St., Ste. 1800
San Francisco, CA  94104
Telephone: 415/288-4545 • Fax: 415/288-4534

- 1 -

ROBBINS ARROYO LLP
BRIAN ROBBINS
GREGORY DEL GAIZO
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: 619/525-3990
619/525-3991 (fax)
E-mail: brobbins@robbinsarroyo.com
E-mail: gdelgaizo@robbinsarroyo.com

Additional Counsel for Plaintiffs

NOTICE OF APPEAL AND NINTH CIRCUIT
RULE 3-2 REPRESENTATION STATEMENT
(2:11-cv-01340-TSZ)

ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center, One Montgomery St., Ste. 1800
San Francisco, CA 94104
Telephone: 415/288-4545 • Fax: 415/288-4534

- 2 -

**RULE 3-2 REPRESENTATION STATEMENT**

ROBBINS GELLER RUDMAN & DOWD LLP
John K. Grant
Armen Zohrabian
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: johnkg@rgrdlaw.com
E-mail: azohrabian@rgrdlaw.com

Eric A. Isaacson
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: erici@rgrdlaw.com

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman
Karl P. Barth
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: 206/623-7292
206/623-0594 (fax)
E-mail: steve@hbsslaw.com
E-mail: karlb@hbsslaw.com

ROBBINS UMEDA LLP
Brian Robbins
Gregory del Gaizo
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: 619/525-3990
619/525-3991 (fax)
E-mail: brobbins@robbinsarroyo.com
E-mail: gdelgaizo@robbinsarroyo.com

The Motricity defendants in this action (the company and ten individuals) are represented by

the following counsel:

DLA PIPER LLP (US)
Stellman Keehnel
Andrew R. Escobar
Katherine A. Heaton
701 Fifth Avenue, Suite 7000
Seattle, WA 98104
Tel: 206/839-4800
206/839-4801 (fax)

887246_1

NOTICE OF APPEAL AND NINTH CIRCUIT
RULE 3-2 REPRESENTATION STATEMENT
(2:11-cv-01340-TSZ)

- 3 -

ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center, One Montgomery St., Ste. 1800
San Francisco, CA 94104
Telephone: 415/288-4545 • Fax: 415/288-4534

E-mail: stellman.keehnel@dlapiper.com
E-mail: andrew.escobar@dlapiper.com
E-mail: katherine.heaton@dlapiper.com

Defendants J.P. Morgan Securities Inc., Goldman, Sachs & Co., Deutsche Bank Securities Inc., RBC Capital Markets Corporation, Robert W. Baird & Co. Incorporated, Needham & Company, LLC and Pacific Crest Securities LLC are represented by the following counsel:

DAVIS WRIGHT TREMAINE LLP
Stephen M. Rummage
Ryan C. Gist
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Telephone: 206/622-3150
206/757-7700 (fax)
E-mail: steverummage@dwt.com
E-mail: ryangist@dwt.com

LATHAM & WATKINS LLP
Peter A. Wald
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415/391-0600
415/395-8095 (fax)
E-mail: peter.wald@lw.com

Patrick E. Gibbs
140 Scott Drive
Menlo Park, CA 94025
Telephone: 650/328-4600
650/463-2600 (fax)
E-mail: patrick.gibbs@lw.com

DATED:  October 31, 2013

s/ Karl P. Barth

STEVE W. BERMAN, WSBA #12536
KARL P. BARTH, WSBA #22780
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone:  206/623-7292
206/623-0594 (fax)
E-mail:  steveb@hbsslaw.com
E-mail:  karlb@hbsslaw.com

Liason Counsel

887246_1

NOTICE OF APPEAL AND NINTH CIRCUIT
RULE 3-2 REPRESENTATION STATEMENT
(2:11-cv-01340-TSZ)

- 4 -

ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center, One Montgomery St., Ste. 1800
San Francisco, CA  94104
Telephone: 415/288-4545 • Fax: 415/288-4534

s/ John K. Grant

JOHN K. GRANT
ARMEN ZOHRABIAN
ROBBINS GELLER RUDMAN
  & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:  johnkg@rgrdlaw.com
E-mail:  azohrabian@rgrdlaw.com

Lead Counsel for Plaintiffs

ROBBINS ARROYO LLP
BRIAN ROBBINS
GREGORY DEL GAIZO
600 B Street, Suite 1900
San Diego, CA  92101
Telephone:  619/525-3990
619/525-3991 (fax)
E-mail: brobbins@robbinsarroyo.com
E-mail: gdelgaizo@robbinsarroyo.com

Additional Counsel for Plaintiffs

887246_1

NOTICE OF APPEAL AND NINTH CIRCUIT
RULE 3-2 REPRESENTATION STATEMENT
(2:11-cv-01340-TSZ)

ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center, One Montgomery St., Ste. 1800
San Francisco, CA  94104
Telephone: 415/288-4545 • Fax: 415/288-4534

- 5 -

CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 31, 2013.

                                        s/ John K. Grant
                                    JOHN K. GRANT
                                    ROBBINS GELLER RUDMAN
                                        & DOWD LLP
                                    Post Montgomery Center
                                    One Montgomery Street, Suite 1800
                                    San Francisco, CA  94104
                                    Telephone:  415/288-4545
                                    415/288-4534 (fax)
                                    E-mail: johnkg@rgrdlaw.com

LEAD PLAINTIFFS' NOTICE OF APPEAL AND
NINTH CIRCUIT RULE 3-2 REPRESENTATION
STATEMENT (2:11-cv-01340-TSZ)

ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center, One Montgomery St., Ste. 1800
San Francisco, CA  94104
Telephone: 415/288-4545 • Fax: 415/288-4534

# Mailing Information for a Case  2:11-cv-01340-TSZ Callan v. Motricity Inc et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Karl Phillip Barth**
  karlb@hbsslaw.com,robert@hbsslaw.com,dawn@hbsslaw.com,shelbys@hbsslaw.com

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,rebeccah@hbsslaw.com,heatherw@hbsslaw.com

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com

- **Albert Y Chang**
  achang@bottinilaw.com,sammirati@bottinilaw.com

- **Dan Drachler**
  ddrachler@zsz.com

- **Andrew Ramiro Escobar**
  andrew.escobar@dlapiper.com,karen.hansen@dlapiper.com

- **Juli E. Farris**
  jfarris@KellerRohrback.com,hpersun@kellerrohrback.com,lbachmann@kellerrohrback.com

- **Patrick E Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Ryan C Gist**
  ryangist@dwt.com,seadocket@dwt.com,keithmorton@dwt.com

- **John K Grant**
  johnkg@rgrdlaw.com,nnewton@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Robert I Harwood**
  rharwood@hfesq.com,gmariano@hfesq.com

- **Katherine A. Heaton**
  katherine.heaton@dlapiper.com,patsy.howson@dlapiper.com

- **Stellman Keehnel**
  stellman.keehnel@dlapiper.com,robert.mcfadden@dlapiper.com,patsy.howson@dlapiper.com

- **Yury A Kolesnikov**
  ykolesnikov@bottinilaw.com,sammirati@bottinilaw.com

- **Elizabeth Ann Leland**
  bleland@kellerrohrback.com,dwilcher@kellerrohrback.com

- **Bradley Jerome Moore**
  brad@stritmatter.com,brooke@stritmatter.com,pattis@stritmatter.com

- **Motricity Securities Investors Group**
  kim.miller@ksfcounsel.com

- **Brian O O'Mara**
  bomara@rgrdlaw.com,johnkg@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Darren J Robbins**
  e_file_sd@csgrr.com

- **Samuel K Rosen**
  srosen@hfesq.com

- **Stephen M. Rummage**
  steverummage@dwt.com,crystalmoore@dwt.com,seadocket@dwt.com,jeannecadley@dwt.com

- **Lynn Lincoln Sarko**
  lsarko@kellerrohrback.com,cengle@kellerrohrback.com

- **William R Spurr**
  bill@williamrspurr.com

- **Roger M Townsend**
  rtownsend@bjtlegal.com,mvizzare@bjtlegal.com,admin@bjtlegal.com

- **Duncan Calvert Turner**
  duncanturner@badgleymullins.com,courtnotices@badgleymullins.com

- **Peter Allen Wald**
  peter.wald@lw.com,#sfdocket@lw.com,sheila.wolohan@lw.com

- **David C Walton**
  davew@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Armen Zohrabian**
  AZohrabian@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)