FILED

UNITED STATES COURT OF APPEALS

APR 02 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CLIFF MOSCO; et al., | No. 13-36029 |
| Plaintiffs - Appellants, | D.C. No. 2:11-cv-01340-TSZ |
| LOBEL FAMILY, | Western District of Washington, Seattle |
| Movant - Appellant., | |
| And | |
| JOE CALLAN, individually and on behalf of all others similarly situated, | ORDER |
| Plaintiff, | |
| v. | |
| MOTRICITY INC; et al., | |
| Defendants - Appellees, | |
| V. | |
| LOBEL FAMILY, | |
| Movant - Appellant. | |

Before: Peter L. Shaw, Appellate Commissioner.

Lking/3.24.14/Pro Mo

Appellant's unopposed request for a third extension of time to file the opening brief is granted. The opening brief is due April 11, 2014. The answering brief is due May 12, 2014. The optional reply brief is due within 14 days after service of the answering brief.

Counsel is requested to seek a single extension of time adequate to permit preparation of the brief, rather than file multiple extension requests. *See* Advisory Note to 9th Cir. R. 31-2.2.

Lking/3.24.14/Pro Mo