FILED

MAY 24 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CLIFF MOSCO; et al.,<br><br>    Plaintiffs - Appellants,<br><br>LOBEL FAMILY,<br><br>    Movant - Appellant.,<br><br>  And<br><br>JOE CALLAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>MOTRICITY INC; et al.,<br><br>    Defendants - Appellees,<br><br> V.<br><br>LOBEL FAMILY,<br><br>    Movant - Appellant. | No. 13-36029<br><br>D.C. No. 2:11-cv-01340-TSZ<br>Western District of Washington, Seattle<br><br>ORDER |

Before: HAWKINS, RAWLINSON, and CALLAHAN, Circuit Judges.

Appellants' unopposed motion for an extension of time to file their Petition for Rehearing and Rehearing En Banc is granted. Appellants have until June 16, 2016, to file their petition.